**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Shamrock Finance LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3375954** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **9 Turnpike Road** **Ipswich, MA 01938** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Essex** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.shamrockfinance.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | Shamrock Finance LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  **5222**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

| Debtor | **Shamrock Finance LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Shamrock Finance LLC**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000                  ■ $10,000,001 - $50  million              ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                 ☐ $50,000,001 - $100 million             ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million               ☐ $100,000,001 - $500 million            ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Debtor | **Shamrock Finance LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2021**
MM / DD / YYYY

X **/s/ Kevin Devaney**                                  **Kevin Devaney**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

---

**18. Signature of attorney**

X **/s/ Jeffrey D. Sternklar**                    Date    **March 12, 2021**
Signature of attorney for debtor                          MM / DD / YYYY

**Jeffrey D. Sternklar 549561**
Printed name

**Jeffrey D. Sternklar LLC**
Firm name

**19th Floor**
**100 Federal Street**
**Boston, MA 02110**
Number, Street, City, State & ZIP Code

Contact phone    **617-207-7800**    Email address    **jeffrey@sternklarlaw.com**

**549561 MA**
Bar number and State

| Debtor | **Shamrock Finance LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2021**
MM / DD / YYYY

X _____     **Kevin Devaney**
Signature of authorized representative of debtor    Printed name

Title   **Manager**

**18. Signature of attorney**    X   _/s/Jeffrey D. Sternklar_      Date **March 12, 2021**
Signature of attorney for debtor    MM / DD / YYYY

**Jeffrey D. Sternklar 549561**
Printed name

**Jeffrey D. Sternklar LLC**
Firm name

**19th Floor
100 Federal Street
Boston, MA 02110**
Number, Street, City, State & ZIP Code

Contact phone   **617-207-7800**    Email address   **jeffrey@sternklarlaw.com**

**549561 MA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shamrock Finance LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 12, 2021**      X _____
Signature of individual signing on behalf of debtor

**Kevin Devaney**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Shamrock Finance LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John H. Ellis Jr. 178 Lowell Street Peabody, MA 01960** | | | **Contingent** | | | **$2,106,774.18** |
| **Damian and Melanie Robert 401 NW 37th Place FL 33933** | | | **Contingent** | | | **$1,800,805.71** |
| **Rolanda Lee Sturtevant PO Box 1522 Manchester, MA 01944** | | | **Contingent** | | | **$751,236.05** |
| **Rupert and/or Gail Annis 545 Newburyport Tpk No. 28 Rowley, MA 01969** | | | **Contingent** | | | **$728,340.44** |
| **Kathy F Pierce 7 RIDGEVIEW RD Topsfield, MA 01983** | | | **Contingent Disputed** | | | **$702,032.26** |
| **Francis Green 1 Illsley Hill Road W Newbury, MA 01985** | | | **Contingent** | | | **$406,306.45** |
| **Edward Christine Roman 2 Great Hill Drive Topsfield, MA 01983** | | | **Contingent** | | | **$401,161.29** |
| **Christine T Karaffa 225A Fallon Road Apt. 218 Stoneham, MA 02180** | | | **Contingent** | | | **$401,161.29** |
| **Laurie T Cameron 64 TOWN FARM RD Ipswich, MA 01938** | | | **Contingent** | | | **$385,808.73** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                            Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William Savoie 12471 OAKBEND DR Fort Myers, FL 33905** | | | **Contingent** | | | **$309,793.64** |
| **Gary Duguay 21 Gates Road Middleton, MA 01949** | | | **Contingent** | | | **$307,797.50** |
| **Walsh Construction 545 NEWBURYPORT TPK #28 Rowley, MA 01969** | | | **Contingent** | | | **$300,903.22** |
| **Frank Foti 201 Slayton Farm Road Stowe, VT 05672** | | | **Contingent** | | | **$300,870.97** |
| **John Morin 19 Pleasant Street Middleton, MA 01949** | | | **Contingent** | | | **$295,486.12** |
| **PENSCO TRUST COMPANY FBO COLETTE A. WILL 560 Mission Street, Suite 1300 San Francisco, CA 94105** | | | **Contingent** | | | **$274,901.92** |
| **Todd Pierce 7B McGowan Circle Lake George, NY 12845** | | | **Contingent Disputed** | | | **$250,725.81** |
| **William O'Connor 76 WASHINGTON ST Topsfield, MA 01983** | | | **Contingent** | | | **$250,725.81** |
| **Maureen J Brodeur 2 JOHN RD Peabody, MA 01960** | | | **Contingent** | | | **$250,725.81** |
| **Benoit Brodeur 2 JOHN RD Peabody, MA 01960** | | | **Contingent** | | | **$250,725.81** |
| **Thomas and Patricia Bettencourt 101 LAKE ST Peabody, MA 01960** | | | **Contingent** | | | **$205,205.73** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## United States Bankruptcy Court
### District of Massachusetts

In re  **Shamrock Finance LLC**                                      Case No. _____

_____
Debtor(s)                                        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kevin Devaney**<br>**9 Turnpike Road**<br>**Ipswich, MA 01938** | | | **100% Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 12, 2021**                          Signature  **/s/ Kevin Devaney**
_____                            _____
                                                           **Kevin Devaney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Massachusetts

In re    **Shamrock Finance LLC**                                   Case No.

                                    Debtor(s)              Chapter        **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kevin Devaney**<br>**9 Turnpike Road**<br>**Ipswich, MA 01938** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 12, 2021**                Signature _____
                                            **Kevin Devaney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Massachusetts

In re   **Shamrock Finance LLC** _____        Case No. _____

Debtor(s)                    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to
the best of my knowledge.

Date:   **March 12, 2021** _____

**Kevin Devaney/Manager**
Signer/Title

ADESA, Inc.
Attn:  EVP of Fin. and Op. and VP Legal
13085 Hamilton Crossing Blvd.
Carmel, IN 46032

Alfred Laustsen
2 Staunton Road
Groveland, MA 01834

Ann Gill
8 Groveland Commons Way #8
Groveland, MA 01834

Benoit Brodeur
2 JOHN RD
Peabody, MA 01960

Boyd Jackson
27 Great Hill Drive
Topsfield, MA 01983

Burke Family Trust, Kevin P. Burke Trust
10 Sapphire Ave.
Marblehead, MA 01945

Casey Mesina
2 STUART ST
Amesbury, MA 01913

Charles D Whitten
263 ARGILLA RD
Ipswich, MA 01938

Charles Maihos
20 GARFIELD AVE
S. Hamilton, MA 01982

Christine T Karaffa
225A Fallon Road
Apt. 218
Stoneham, MA 02180

Colette A Willis
c/o keith Harris CPA
8 Central Street
Topsfield, MA 01983

Cox Automotive, Inc.
Attn:  Legal Department
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

Damian  and Melanie Robert
401NW 37th Place
Cape Coral, FL 33993

Damian and Melanie Robert
401 NW 37th Place
FL 33933

David  Sutherland
4 BROWN FIELD LN
Georgetown, MA 01833

David W. Pierce, CPA
7 Ridgeview Road
Topsfield, MA 01983

Deborah Pierce
5018 WOODY CREEK LN VW#9
Carrabassett Valley, ME 04947

DEREK DUGUAY
39 Belvidere Rd
Haverhill, MA 01830

Diana Lombard
29 LAKE VIEW AVE
Danvers, MA 01923

Diane Dedam
5 Bonnie Drive
Exeter, NH 03833

Dianne Yurkavich
3 LaValley Ln
Newburyport, MA 01950

DJJD, Inc.
58 Pulaski Street
Peabody, MA 01960

Doug Laustsen
PO BOX 1513
Hampton, NH 03843

Edward & Gloria Jones
25 Perkins Ave #58
Seabrook, NH 03874

Edward Christine Roman
2 Great Hill Drive
Topsfield, MA 01983

Estate of Leonard H. Kieley
24585 Clement Ave
Los Molinos, CA 96055

Francis Devaney
6 Eagle Lane
Georgetown, MA 01833

Francis Green
1 Illsley Hill Road
W Newbury, MA 01985

Frank Foti
201 Slayton Farm Road
Stowe, VT 05672

Gail Annis
545 NEWBURYPORT TPK #28
Rowley, MA 01969

Gary Duguay
21 Gates Road
Middleton, MA 01949

Gregory Bartosik
35 COLLINS ST #72
Danvers, MA 01923

Gregory Cole
14 Greenbrook Rd
South Hamilton, MA 01982

Gregory Watkins
12 HILLSIDE AVE
Amesbury, MA 01913

Howard Klein
5 Bonnie Drive
Exeter, NH 03833

Irma Lampert
102 Brooksby Village Drive
Unit 403
Peabody, MA 01960

James Coffin
50 Central Street
Newbury, MA 01924

James Lynch
210 BELMONT FORREST CT #208
Timonium, MD 21093

James Tedford
7 JEFFREYS NECK RD
Ipswich, MA 01938

John Diller
PO Box 126
Madison, ME 04950

John F Reynolds
19 VILLAGE WEST
Carrabasset Valley, MA 04947

John H Ellis JR
178 LOWELL ST
Peabody, MA 01960

John H. Ellis Jr.
178 Lowell Street
Peabody, MA 01960

John Morin
19 Pleasant Street
Middleton, MA 01949

K Diamond Builders LLC
PO BOX 172
Topsfield, MA 01983

Kathy F Pierce
7 RIDGEVIEW RD
Topsfield, MA 01983

Keith Harris, CPA
15 ALMENA WAY
Seabrook, NH 03874

Kevin Devaney
9 Turnpike Road
Ipswich, MA 01938

Kim  Sutherland
4 BROWN FIELD LN
Georgetown, MA 01833

Laurie T Cameron
64 TOWN FARM RD
Ipswich, MA 01938

Lawrence Kaplan
16 Douglas Avenue
Wilmington, MA 01887

Leader Bank, N.A.
180 Massachusetts Avenue
Arlington, MA 02474

Lee A McNelly
5 IPSWICH WOODS DR
Ipswich, MA 01938

Leia Kaplan
240 JACKSON ST UNIT 307
Lowell, MA 01852

Leonard and Mary Bonafanti
20 Olsen Road
Peabody, MA 01960

Liam Gill
8 Groveland Commons Way #8
Groveland, MA 01834

Manheim Remarketing, Inc.
Attn: Jill Marciniak
9005 Overlook Bouevard
Brentwood, TN 37027

Mark & Elizabeth Joyce JTWROS
500 ATLANTIC AVE UNIT 15L
Boston, MA 02210

Mark Harrington
66 Main Street
Byfield, MA 01922

Marylene Devaney
6 EAGLE LN
Georgetown, MA 01833

Maureen J Brodeur
2 JOHN RD
Peabody, MA 01960

Pacific Premier Trust Custodian FBO Dian
PO Box 173859
Denver, CO 82017

Paul Taylor
7 CAPTAINS WALK LN
Marblehead, MA 01945

Pensco Trust Company Custodian  FBO Kath
PO Box 173859
Denver, CO 82017

Pensco Trust Company Custodian FBO Chris
PO Box 173859
Denver, CO 82017

Pensco Trust Company Custodian FBO Edwar
PO Box 173859
Denver, CO 82017

Pensco Trust Company Custodian FBO Emily
560 Mission Street, Suite 1300
San Francisco, CA 94105

Pensco Trust Company Custodian FBO Lawre
560 Mission Street, Suite 1300
San Francisco, CA 94105

Pensco Trust Company Custodian FBO Sonja
PO BOX 173859
Denver, CO 80217

Pensco Trust Company Custodian FBO Terri
PO Box 173859
Denver, CO 82017

Pensco Trust Company Custodian FBO Todd
PO Box 2021
Telluride, CO 81435

PENSCO TRUST COMPANY FBO COLETTE A. WILL
560 Mission Street, Suite 1300
San Francisco, CA 94105

Philip Knowles
21 English Common
Topsfield, MA 01983

Rina  Sutherland
4 BROWN FIELD LN
Georgetown, MA 01833

Robert Skeffington
82 NORTH ST
Topsfield, MA 01983

Rolanda Lee Sturtevant
PO BOX 1522
Manchester, MA 01944

Ronald J Pascucci
25 Commonwealth Ave
Salisbury, MA 01952

Ronald P Giovannacci
32 Parsonage Lane
Topsfield, MA 01983

Roy Hayward
116 Caldwell Farms
Newbury, MA 01922

Rupert and/or Gail Annis
545 Newburyport Tpk No. 28
Rowley, MA 01969

Ruth A Harris
76 HIGH ST
Amesbury, MA 01913

Sheila Burke
33 INTREPID CIRCLE UNIT 107
Marblehead, MA 01945

Stephanie Harris
125 Main Street
Newmarket, NH 03857

Stephen E Pierce
5018 Woody Creek Lane, VW #9
Carrabassett Valley, ME 04947

Steven Bartosik
21 GATES RD
Middleton, MA 01949

Steven Harris
5 ESSEX ST
Amesbury, MA 01913

Susan Lindh
2 STAUNTON RD
Groveland, M 01834

Terri Hawthorne
97 BALDWIN RD
Warwick, RI 02886

Theresa M Follett
2414 Founders Way
Saugus, MA 01906

Thomas and Patricia Bettencourt
101 LAKE ST
Peabody, MA 01960

Thomas G. Nicholson, Esq.
Finneran & Nicholson, P.C.
30 Green Street
Newburyport, MA 01950

Todd Pierce
7B McGowan Circle
Lake George, NY 12845

Toyota Financial Services

Valerie Harris
15 ALMENA WAY
Seabrook, NH 03874

Walsh Construction
545 NEWBURYPORT TPK #28
Rowley, MA 01969

William Downey
72 Fairview Ave
Peabody, MA 01960

William O'Connor
76 WASHINGTON ST
Topsfield, MA 01983

William Savoie
12471 OAKBEND DR
Fort Myers, FL 33905

# United States Bankruptcy Court
## District of Massachusetts

In re   **Shamrock Finance LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shamrock Finance LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 12, 2021**

Date

**/s/ Jeffrey D. Sternklar**

**Jeffrey D. Sternklar 549561**

Signature of Attorney or Litigant

Counsel for   **Shamrock Finance LLC**

**Jeffrey D. Sternklar LLC**

**19th Floor**
**100 Federal Street**
**Boston, MA 02110**
**617-207-7800 Fax:617-507-6530**
**jeffrey@sternklarlaw.com**

## OFFICIAL FORM 7

### United States Bankruptcy Court
### District of Massachusetts

In re  **Shamrock Finance LLC**                                                        Case No.  **21-**

                                                          Debtor(s)              Chapter    **11**

### DECLARATION RE: ELECTRONIC FILING

#### PART I- DECLARATION OF PETITIONER

I [We] _____**Kevin Devaney**_____, *hereby declare(s) under penalty of perjury* that all of the information contained in my "*Declaration Under Penalty of Perjury for Non-Individual Debtors, Verification of Creditor Matrix and Declaration of Kevin Devaney* (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  **March 12, 2021**

Signed:    _____
                      **Kevin Devaney**
                      (Affiant)

#### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  **March 12, 2021**

Signed:    */s/ Jeffrey D. Sternklar*
                      Jeffrey D. Sternklar 549564
                      Attorney for Affiant