|  | December 31, 2019 | December 31, 2020 | February 28, 2021 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash in Banks | 3,194,234.69 | 916,842.21 | 664,961.03 |
| Certificate of Deposit | 112,839.88 | 113,998.59 | 113,998.59 |
| Undeposited Funds | - | 122,968.50 | 69,653.50 |
| Total Cash & Equivalents | 3,307,074.57 | 1,153,809.30 | 848,613.12 |
| | | | |
| Floorplan Receivables | 10,841,622.60 | 12,047,270.36 | 12,431,563.15 |
| Fees Receivable | | 82,949.00 | 99,661.00 |
| Dealer Note Receivable | | 53,159.15 | 54,883.95 |
| Dealer Reserve | (443,905.25) | (407,016.25) | (442,744.25) |
| Allowance for Doubtful Accounts | | (3,720,319.16) | (3,720,319.16) |
| **Net Floorplan & Fees Receivable** | 10,397,717.35 | 8,056,043.10 | 8,423,044.69 |
| | | | |
| Prepaid Insurance | | - | |
| Prepaid Interest | 7,787.50 | | |
| Prepaid Expenses | | 15,000.00 | 83,500.00 |
| | | | |
| **Total Current Assets** | 13,712,579.42 | 9,224,852.40 | 9,355,157.81 |
| | | | |
| **Property, Plant & Equipment:** | | | |
| Office Equipment & Furniture | 2,417.15 | 3,054.64 | 3,054.64 |
| Leasehold Improvements | 37,219.95 | 37,219.95 | 37,219.95 |
| Vehicles | 2,761.57 | 7,756.57 | 7,756.57 |
| Total PP&E | 42,398.67 | 48,031.16 | 48,031.16 |
| | | | |
| Accum. Depr. - Office Equip & Furniture | (322.29) | (322.29) | (322.29) |
| Accum. Depr. - Leasehold Improvements | (5,169.44) | (5,169.44) | (5,169.44) |
| Accum. Depr. - Vehicles | (933.29) | (933.29) | (933.29) |
| Total Accumulated Depreciation | (6,425.02) | (6,425.02) | (6,425.02) |
| **Net Fixed Assets** | 35,973.65 | 41,606.14 | 41,606.14 |

|  | December 31, 2019 | December 31, 2020 | February 28, 2021 |
|---|---|---|---|
| **Other Assets:** | | | |
| Employee Loan | 24,000.00 | 24,000.00 | 24,000.00 |
| Loan to Member | | | 25,000.00 |
| Repo Inventory | | | |
| Notes & Misc. Receivable - Other | 10,000.00 | 10,000.00 | 10,586.00 |
| **Total Other Assets** | 34,000.00 | 34,000.00 | 59,586.00 |
| **Total Assets** | 13,782,553.07 | 9,300,458.54 | 9,456,349.95 |

|  | December 31, 2019 | December 31, 2020 | February 28, 2021 |
|---|---|---|---|
| **LIABILITIES AND STOCKHOLDERS EQUITY** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | 177,597.71 | 82,221.89  $ | 139,618.26 |
| PPP Loan | | 52,720.00 | 52,720.00 |
| Floorplan Dealer Payable | | 59,056.26 | 57,077.20 |
| Accrued Interest | | | |
| Accrued Expenses | | 16,092.36 | 20,238.01 |
| Accrued Salaries & Wages | | | |
| Accrued Vacation | | | |
| Payroll Tax Payable | | 295.90 | 447.12 |
| Due to Affiliate | | 10,200.00 | 11,900.00 |
| **Total Current Liabilities** | 177,597.71 | 220,586.41 | 282,000.59 |
| **Long Term Debt** | | | |
| Investor Notes Payable (Inc. Accrued Interest) | 17,687,541.62 | 17,358,758.37 | 17,448,295.36 |
| Other Long Term Debt | | | |
| Due to Member/Shareholder | 568,810.13 | 526,885.55 | 526,885.55 |
| **Total Long Term Debt** | 18,256,351.75 | 17,885,643.92 | 17,975,180.91 |
| **Total Liabilities** | 18,433,949.46 | 18,106,230.33 | 18,257,181.50 |

|  | December 31, 2019 | December 31, 2020 | February 28, 2021 |
|---|---|---|---|
| **Members' Equity** | | | |
| Capital Stock | 100,000.00 | 100,000.00 | 100,000.00 |
| Retained Earnings | (1,372,828.53) | (4,751,396.39) | (8,905,771.79) |
| Current Period Earnings | (3,267,612.47) | (4,154,375.40) | 4,940.24 |
| Member Contribution/(Distributions) | (110,955.39) | - | - |
| **Total Stockholders' Equity** | (4,651,396.39) | (8,805,771.79) | (8,800,831.55) |
| **Total Liabilities & Stockholders' Equity** | | | |
|  | 13,782,553.07 | 9,300,458.54 | 9,456,349.95 |
|  | - | - | - |