| Name | AccountNo | ClaimAmt |
|---|---|---|
| Rupert and/or Gail Annis | 01052017E2074 | $702,032.26 |
| Steven Bartosik | 10182018E2101 | $70,203.23 |
| Gregory Bartosik | 10182018E2102 | $100,290.32 |
| Leonard and Mary Bonfanti | 12162017D2086 | $100,290.32 |
| Benoit Brodeur | 12162017D2086 | $250,725.81 |
| Maureen J Brodeur | 11202013B2037 | $250,725.81 |
| Burke Family Trust, Kevin P. Burke Trustee |  | $200,580.65 |
| Sheila Burke | 11142012A2006 | $190,557.87 |
| Laurie T Cameron | 11062013B2036 | $385,808.73 |
| James Coffin |  | $40,116.13 |
| Francis Devaney |  | $30,087.10 |
| Francis Devaney |  | $184,035.83 |
| Marylene Devaney |  | $50,145.16 |
| John Diller | 03182016D2066 | $200,580.65 |
| William Downey | 08302017D2085 | $200,580.65 |
| DEREK DUGUAY | 02062019F2108 | $15,058.06 |
| Gary Duguay | 01242017e2075 | $75,217.74 |
| John H Ellis JR | 12062012A2010 | $100,322.58 |
| John H Ellis JR | 01192013b2027 | $300,967.74 |
| John H Ellis JR | 04252013B2028 | $200,645.16 |
| John H Ellis JR | 10312015C2048 | $501,612.90 |
| John H Ellis JR | 10312015C2049 | $150,483.87 |
| John H Ellis JR | 05292015D2050 | $100,322.58 |
| John H Ellis JR | 08252015D2057 | $50,161.29 |
| John H Ellis JR | 12012015D2060 | $100,322.58 |
| John H Ellis JR | 120122015D2061 | $200,645.16 |
| John H Ellis JR | 0822212017d2084 | $100,322.58 |
| John H Ellis JR | 04262018D22090 | $100,322.58 |
| John H Ellis JR | 09282018d2100 | $200,645.16 |
| Theresa M Follett | 05172016D2067 | $50,145.16 |
| Frank Foti | 04152014C2043 | $200,580.65 |
| Frank Foti | 05152014C2045 | $100,290.32 |
| Ronald P Giovannacci | 10012013B2033 | $100,290.32 |
| Francis Green |  | $406,306.45 |
| Mark Harrington | 12272019F2120 | $20,058.50 |
| Ruth A Harris |  | $25,072.58 |
| Stephanie Harris | 06012017D2080 | $118,844.03 |
| Roy Hayward | 07102017E2083 | $200,580.65 |
| Boyd Jackson | 04152013b2026 | $200,580.65 |
| Edward & Gloria Jones | 06282018E2095 | $10,029.03 |
| Pensco Trust Company Custodian FBO Edward K. Jones I | 12292012A2015 | $79,206.64 |
| Pensco Trust Company Custodian FBO Edward K. Jones I | 12042013B2038 | $73,236.73 |
| Mark & Elizabeth Joyce JTWROS | 01252013B2019 | $200,580.65 |
| K Diamond Builders LLC | 12192012A2013 | $100,290.32 |
| Pensco Trust Company Custodian  FBO Kathleen Kaplan | 12062018E2104 | $125,483.87 |
| Lawrence P Kaplan | 08292015D2056 | $707,274.19 |

| Name | AccountNo | ClaimAmt |
|---|---|---|
| Pensco Trust Company Custodian FBO Lawrence P. Kaplan | 03082012A2002 | $119,424.38 |
| Leia Kaplan | | $10,029.03 |
| Christine T Karaffa | 04022014C2044 | $401,161.29 |
| Estate of Leonard H. Kieley | 06242015f2048 | $100,290.32 |
| Howard Klein | 12282016D2073 | $20,058.06 |
| Philip Knowles | 10142015d2059 | $175,508.06 |
| Irma Lampert | | $50,897.34 |
| Alfred Laustsen | 08032015C2053 | $100,290.32 |
| Doug Laustsen | 06122017D2081 | $50,145.16 |
| Susan Lindh | | $25,072.58 |
| James Lynch | | $50,193.55 |
| Charles Maihos | 12042012A2009 | $100,290.32 |
| Lee A McNelly | | $25,072.58 |
| William O'Connor | | $250,725.81 |
| Ronald J Pascucci | 01252013B2018 | $200,580.65 |
| Deborah Pierce | 05302018E2094 | $75,217.74 |
| Kathy F Pierce | 10262012A2003 | $702,032.26 |
| Stephen E Pierce | 03052013B2024 | $100,290.32 |
| Todd Pierce | 11262012A2007 | $250,725.81 |
| John F Reynolds | 11042013B2035 | $150,435.48 |
| Damian and Melanie Robert | 02072017E2077 | $250,806.44 |
| Edward Christine Roman | 02012014C2040 | $401,161.29 |
| Rolanda Lee Sturtevant | 05212019F2114 | $536,293.25 |
| Paul Taylor | 01102018E2088 | $200,580.65 |
| James Tedford | 10302012A2005 | $100,290.32 |
| Walsh Construction | 02012017E2076 | $300,903.22 |
| Colette A Willis | | $124,586.19 |
| PENSCO TRUST COMPANY FBO COLETTE A. WILLIS IRA | | $274,901.92 |
| Dianne Yurkavich | 01072019F2106 | $15,043.55 |
| Gail Annis | 08102018E2098 | $26,308.18 |
| Thomas and Patricia Bettencourt | | $205,205.73 |
| Gregory Cole | 12112018E2015 | $12,640.82 |
| Diane Dedam | 02282013b2023 | $30,068.26 |
| Pacific Premier Trust Custodian FBO Diane J. Dedam IRA | 06292016D2070 | $130,542.48 |
| Gary Duguay | 07102017E2082 | $127,249.92 |
| Gary Duguay | 02062019F2109 | $105,329.84 |
| Ann Gill | 05152018e2092 | $6,776.33 |
| Liam Gill | 05152018E2093 | $60,987.01 |
| Valerie Harris | 02212013B2022 | $12,683.57 |
| Keith Harris | 06072013b2030 | $12,310.55 |
| Ruth A Harris | | $72,651.48 |
| Steven Harris | 01312020f2121 | $66,642.09 |
| Terri Hawthorne | 05232016d2068 | $70,554.01 |
| Pensco Trust Company Custodian FBO Terri L. Hawthorne | 10042016D2071 | $147,357.91 |
| Pensco Trust Company Custodian FBO Christopher Knowles | 02082019f2110 | $61,958.73 |
| Pensco Trust Company Custodian FBO Emily Lampert IRA | | $157,303.74 |

| Name | AccountNo | ClaimAmt |
| --- | --- | --- |
| Diana Lombard | 11152018E2103 | $95,754.21 |
| Casey Mesina |  | $17,436.36 |
| John Morin | 06222016D2069 | $295,486.12 |
| Pensco Trust Company Custodian FBO Sonja P. Murphy I | 10232019F2118 | $57,217.85 |
| Pensco Trust Company Custodian FBO Todd M. Pierce IR | 02212020f2122 | $109,970.45 |
| Damian and Melanie Robert | 02282018E2090 | $1,388,780.56 |
| Damian and Melanie Robert |  | $161,218.71 |
| William Savoie | 01232013B2017 | $309,793.64 |
| Robert Skeffington | 01302018E2089 | $201,767.53 |
| Rolanda Lee Sturtevant | 05212019F2113 | $214,942.80 |
| David Sutherland | 07222019F2115 | $23,580.64 |
| Kim Sutherland | 07222019F2116 | $23,580.64 |
| Rina Sutherland | 07222019F2117 | $5,895.16 |
| Gregory Watkins | 10232014C2047 | $72,651.48 |
| Charles D Whitten |  | $123,917.46 |