| GL # | Dealer | Amt Outstanding 03/13/2021 |
|---|---|---:|
| 15000-1010 | 1 | $22,004.00 |
| 15000-1015 | 2 | $37,090.00 |
| 15000-1019 | 3 | $6,850.00 |
| 15000-1020 | 4 | $61,950.00 |
| 15000-1030 | 5 | $28,955.00 |
| 15000-1060 | 6 | $21,784.00 |
| 15000-1085 | 7 | $38,766.00 |
| 15000-1090 | 8 | $7,600.00 |
| 15000-1100 | 9 | $3,764.00 |
| 15000-1110 | 10 | $39,614.00 |
| 15000-1125 | 11 | $309,887.00 |
| 15000-1130 | 12 | $17,534.00 |
| 15000-1135 | 13 | $11,917.00 |
| 15000-1150 | 14 | $747,313.00 |
| 15000-1165 | 15 | $5,820.00 |
| 15000-1180 | 16 | $19,539.00 |
| 15000-1181 | 17 | $1,535.00 |
| 15000-1182 | 18 | $41,838.00 |
| 15000-1185 | 19 | $132,800.25 |
| 15000-1192 | 20 | $43,326.00 |
| 15000-1200 | 21 | $211,952.00 |
| 15000-1211 | 22 | $27,130.00 |
| 15000-1215 | 23 | $104,106.00 |
| 15000-1217 | 24 | $36,295.00 |
| 15000-1250 | 25 | $27,575.00 |
| 15000-1255 | 26 | $6,997.00 |
| 15000-1275 | 27 | $18,171.00 |
| 15000-1277 | 28 | $39,388.00 |
| 15000-1295 | 29 | $196,372.00 |
| 15000-1300 | 30 | $36,803.00 |
| 15000-1305 | 31 | $7,825.00 |
| 15000-1310 | 32 | $3,520.00 |
| 15000-1315 | 33 | $246,166.00 |
| 15000-1335 | 34 | $227,613.30 |
| 15000-1340 | 35 | $526,117.00 |
| 15000-1375 | 36 | $83,867.00 |
| 15000-1380 | 37 | $176,953.00 |
| 15000-1395 | 38 | $529,117.00 |
| 15000-1445 | 39 | $38,902.00 |
| 15000-1447 | 40 | $31,797.00 |
| 15000-1450 | 41 | $151,787.00 |
| 15000-1452 | 42 | $209,820.00 |
| 15000-1480 | 43 | $8,329.00 |
| 15000-1485 | 44 | $55,683.00 |
| 15000-1505 | 45 | $18,022.00 |
| 15000-1515 | 46 | $51,847.00 |
| GL # | Dealer | Amt Outstanding 03/13/2021 |

| GL # | Dealer | Amt Outstanding 03/13/2021 |
|---|---|---|
| 15000-1540 | 47 | $61,586.60 |
| 15000-1560 | 48 | $58,653.00 |
| 15000-1565 | 49 | $48,103.00 |
| 15000-1570 | 50 | $14,350.00 |
| 15000-1575 | 51 | $448,777.00 |
| 15000-1605 | 52 | $67,829.00 |
| 15000-1615 | 53 | $17,820.00 |
| 15000-1620 | 54 | $17,645.00 |
| 15000-1640 | 55 | $22,661.00 |
| 15000-1650 | 56 | $60,941.00 |
| 15000-1655 | 57 | $184,588.00 |
| 15000-1675 | 58 | $134,124.00 |
| 15000-1690 | 59 | $0.00 |
| 15000-1700 | 60 | $103.00 |
| 15000-1715 | 61 | $43,630.00 |
| 15000-1720 | 62 | $68,834.00 |
| 15000-1725 | 63 | $70,461.00 |
| 15000-1732 | 64 | $27,110.00 |
| 15000-1735 | 65 | $166,720.00 |
| 15000-1742 | 66 | $46,745.00 |
| 15000-1755 | 67 | $63,337.00 |
| 15000-1765 | 68 | $92,116.00 |
| 15000-1790 | 69 | $175,668.00 |
| 15000-1795 | 70 | $27,477.00 |
| 15000-1800 | 71 | $172,345.00 |
| 15000-1835 | 72 | $67,898.00 |
| 15000-1850 | 73 | $0.00 |
| 15000-1855 | 74 | $29,192.00 |
| 15000-1885 | 75 | $1,321,240.09 |
| 15000-1890 | 76 | $547,682.91 |
| 15000-1895 | 77 | $80,846.00 |
| 15000-1900 | 78 | $9,075.00 |
| 15000-1905 | 79 | $47,295.00 |
| 15000-1910 | 80 | $33,525.00 |
| 15000-1957 | 81 | $33,139.00 |
| 15000-1970 | 82 | $202,297.00 |
| 15000-1975 | 83 | $51,145.00 |
| 15000-1985 | 84 | $7,760.00 |
| 15000-2000 | 85 | $1,725.00 |
| 15000-2020 | 86 | $40,543.00 |
| 15000-2025 | 87 | $73,740.00 |
| 15000-2032 | 88 | $64,535.00 |
| 15000-2035 | 89 | $25,632.00 |

| GL # | Dealer | Amt Outstanding 03/13/2021 |
|---|---|---:|
|  |  | $9,400,934.15 |