Shamrock Rolling Cashflow

| | Week # | Actual | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ended | 03/13/2021 | 03/20/2021 | 03/27/2021 | 04/03/2021 | 04/10/2021 | 04/17/2021 | 04/24/2021 | 05/01/2021 | 05/08/2021 | 05/15/2021 | 05/22/2021 | 05/29/2021 | 06/05/2021 | 06/12/2021 | |
| | *Beginning Dealer Receivable (ACTIVE)* | 9,233,866 | 9,500,934 | 9,630,934 | 9,735,934 | 9,715,934 | 9,620,934 | 9,550,934 | 9,480,934 | 9,435,934 | 9,390,934 | 9,345,934 | 9,300,934 | 9,280,934 | 9,210,934 | |
| | Advances | 1,129,141 | 1,000,000 | 1,000,000 | 900,000 | 850,000 | 800,000 | 775,000 | 750,000 | 750,000 | 725,000 | 700,000 | 700,000 | 650,000 | 650,000 | 10,250,000 |
| | Payments/Application of Reserve | (867,472) | (875,000) | (900,000) | (925,000) | (950,000) | (875,000) | (850,000) | (800,000) | (800,000) | (775,000) | (750,000) | (725,000) | (725,000) | (700,000) | (10,650,000) |
| | NSFs | 5,399 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | |
| | Charge-Offs/Move to Collections | | | | | | | | | | | | | | | |
| | *Ending Dealer Receivable (ACTIVE)* | 9,500,934 | 9,630,934 | 9,735,934 | 9,715,934 | 9,620,934 | 9,550,934 | 9,480,934 | 9,435,934 | 9,390,934 | 9,345,934 | 9,300,934 | 9,280,934 | 9,210,934 | 9,165,934 | |
| | *Beginning Dealer Interest & Fees Receivable* | 84,088 | 88,621 | 92,129 | 95,685 | 99,280 | 102,867 | 106,420 | 109,946 | 113,447 | 116,931 | 120,398 | 123,849 | 127,283 | 130,710 | |
| 24.0% | Invoices | 47,065 | 43,850 | 44,450 | 44,935 | 44,843 | 44,404 | 44,081 | 43,758 | 43,550 | 43,343 | 43,135 | 42,927 | 42,835 | 42,512 | |
| 102.0% | Payments | (46,965) | (44,727) | (45,339) | (45,834) | (45,740) | (45,292) | (44,963) | (44,633) | (44,421) | (44,210) | (43,998) | (43,786) | (43,692) | (43,362) | |
| 10.0% | NSFs | 4,433 | 4,385 | 4,445 | 4,494 | 4,484 | 4,440 | 4,408 | 4,376 | 4,355 | 4,334 | 4,314 | 4,293 | 4,284 | 4,251 | |
| | *Ending Dealer Interest & Fees Receivable* | 88,621 | 92,129 | 95,685 | 99,280 | 102,867 | 106,420 | 109,946 | 113,447 | 116,931 | 120,398 | 123,849 | 127,283 | 130,710 | 134,111 | |
| | *Beginning Dealer Receivable (Collection)* | 2,985,453 | 2,980,861 | 2,980,361 | 2,979,861 | 2,979,361 | 2,978,861 | 2,978,361 | 2,977,861 | 2,977,361 | 2,976,861 | 2,976,361 | 2,975,861 | 2,975,361 | 2,974,861 | |
| | New Collection Receivables | | | | | | | | | | | | | | | |
| | Payments/Application of Reserve | (4,592) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | |
| | Charge-Offs | | | | | | | | | | | | | | | |
| | *Ending Dealer Receivable (Collection)* | 2,980,861 | 2,980,361 | 2,979,861 | 2,979,361 | 2,978,861 | 2,978,361 | 2,977,861 | 2,977,361 | 2,976,861 | 2,976,361 | 2,975,861 | 2,975,361 | 2,974,861 | 2,974,361 | |

| | | Actual | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ended | 03/13/2021 | 03/20/2021 | 03/27/2021 | 04/03/2021 | 04/10/2021 | 04/17/2021 | 04/24/2021 | 05/01/2021 | 05/08/2021 | 05/15/2021 | 05/22/2021 | 05/29/2021 | 06/05/2021 | 06/12/2021 |
| | **Beginning Cash** | 767,757 | 377,614 | 276,337 | 200,472 | 240,256 | 364,208 | 463,056 | 562,406 | 597,520 | 670,284 | 744,155 | 817,635 | 851,973 | 948,677 |
| | Payments from Dealers | 903,229 | 920,227 | 945,839 | 971,334 | 996,240 | 920,792 | 895,463 | 845,133 | 844,921 | 819,710 | 794,498 | 769,286 | 769,192 | 743,862 |
| | Redeposit NSF | 2,134 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | Payments for Cars Floored | (1,129,245) | (1,000,000) | (1,000,000) | (900,000) | (850,000) | (800,000) | (775,000) | (750,000) | (750,000) | (725,000) | (700,000) | (700,000) | (650,000) | (650,000) |
| | NSFs | (12,979) | (10,000) | (10,000) | (9,494) | (9,484) | (9,440) | (9,408) | (9,376) | (9,355) | (9,334) | (9,314) | (9,293) | (9,284) | (9,251) |
| | **Cash Available for Operations** | 530,896 | 290,341 | 214,676 | 264,812 | 379,511 | 478,060 | 576,610 | 650,663 | 685,587 | 758,159 | 831,839 | 880,128 | 964,382 | 1,035,788 |
| | Payroll | (8,235) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) | (9,500) |
| | Employee Benefits | (697) | | | (700) | | | | (700) | | | | (700) | | | |
| | Payroll Processing Fees | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) | (80) |
| | **Payroll & Benefits** | (9,011) | (9,580) | (9,580) | (10,280) | (9,580) | (9,580) | (9,580) | (10,280) | (9,580) | (9,580) | (9,580) | (10,280) | (9,580) | (9,580) |
| | Repossession Expense | | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) |
| | Legal (Collections) | | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| | **Collection & Recovery Expenses** | - | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| | Advertising & Marketing Exp | | | | | | | | | | | | | | |
| | Auto Expense | (3) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | Business Insurance | | | | | | | | | | | | | | |
| | Bank Fees | | | | (50) | | | | (50) | | | | (50) | | | |
| | Dues & Subscriptions | (1,027) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| | Lease-Vehicle | (1,368) | | | | (598) | | | | (598) | | | | (598) | | |
| | Meal Expense | | (50) | | | | (50) | | | | | (50) | | | | -50 |
| | Hosting Expense | | | | (352) | | | | (352) | | | | (352) | | | |
| | Software & Technology | | | (600) | | (600) | | (600) | | (600) | | (600) | | (600) | | |
| | Telephone | (494) | | | (500) | | | | (500) | | | | (500) | | | |
| | Cell Phone | | (250) | | | | (250) | | | | (250) | | | | (250) | |
| | Utilities | | (100) | | | | (100) | | | | (100) | | | | (100) | |
| | Professional Fees | (138,804) | | (4,000) | | | | (8,000) | | | | (8,000) | | | | |
| | Consulting Fees | (115) | | | (500) | | | | (500) | | | | (500) | | | |
| | Office Expense | | | | (600) | | | | (600) | | | | (600) | | | |
| | Postage & Delivery | (1,346) | | | (1,250) | | | | (1,250) | | | | (1,250) | | | |
| | Rent/Lease | | | | (3,500) | | | | (3,500) | | | | (3,500) | | | |
| | Facility Maintenance | (358) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) |
| | Filing Fees | | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) |
| | Title Fees | | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) | (75) |
| | Misc Expense | | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| | US Trustee Fee | | | | | | | | (24,587) | | | | | | | |
| | State Income Tax | (456) | | | | | (1,000) | | | | | | | | | |
| | **G&A Expenses** | (143,971) | (1,425) | (1,625) | (11,277) | (2,723) | (2,425) | (1,625) | (39,864) | (2,723) | (1,425) | (1,625) | (14,875) | (3,125) | (1,425) |
| | Interest Expense | (300) | | | | | | | | | | | | | | |
| | **Ending Cash** | 377,614 | 276,337 | 200,472 | 240,256 | 364,208 | 463,056 | 562,406 | 597,520 | 670,284 | 744,155 | 817,635 | 851,973 | 948,677 | 1,021,784 |
| | Advances | 12.23% | 10.53% | 10.38% | 9.24% | 8.75% | 8.32% | 8.11% | 7.91% | 7.95% | 7.72% | 7.49% | 7.53% | 7.00% | 7.06% |
| | Repayments | 9.39% | 9.21% | 9.34% | 9.50% | 9.78% | 9.09% | 8.90% | 8.44% | 8.48% | 8.25% | 8.02% | 7.79% | 7.81% | 7.60% |