| GL # | Dealer | 03/13/2020 |
|---|---|---|
| 15000-1000 | Floorplan Receivable-114 Used | $123,916.00 |
| 15000-1005 | Floorplan Receivable-114 Used | $60,872.00 |
| 15000-1050 | Floorplan Receivable-Alpha Mot | $68,088.00 |
| 15000-1055 | Flrplan Rble-Am Auto Gallery | $84,335.20 |
| 15000-1075 | Floorplan Receivable-Atlantes | $38,584.00 |
| 15000-1080 | Floorplan Rble-Atlantic Sol. | $58,611.40 |
| 15000-1082 | Floorplan Rble-Atlantic Sol.2 | $69,091.00 |
| 15000-1120 | Flrplan Rble-Autos For Animals | $17,271.00 |
| 15000-1160 | Floorplan Receivable-BH Auto S | $3,277.00 |
| 15000-1175 | Floorplan Receivable-Boston Au | $98,891.00 |
| 15000-1190 | Floorplan Receivable-Brevik A/ | $10,100.00 |
| 15000-1205 | Floorplan Receivable-CAP INC | $6,595.00 |
| 15000-1210 | Floorplan Receivable-Car Expo | $84,867.00 |
| 15000-1230 | Floorplan Receivable-Center St | $68,932.00 |
| 15000-1240 | Flrplan Rble-Champion-Michael | $7,726.00 |
| 15000-1260 | Floorplan Receivable-CM Auto S | $8,695.00 |
| 15000-1265 | Floorplan Receivable-Commonwea | $18,466.00 |
| 15000-1270 | Floorplan Receivable-Compare A | $117,001.00 |
| 15000-1280 | Floorplan Rble-Crimson Eliel | $9,997.00 |
| 15000-1290 | Flrplan Rble-Cust First Auto | $11,727.00 |
| 15000-1320 | Floorplan Receivable-Dialworks | $86,363.00 |
| 15000-1351 | Floorplan Rble-Eastern-JR | $4,312.00 |
| 15000-1352 | Floorplan Rble-Eastern-Joas | $67,575.00 |
| 15000-1353 | Floorplan Rble-Eastern-Moises | $48,769.00 |
| 15000-1370 | Floorplan Rble-Empire Ashot | $53,832.00 |
| 15000-1400 | Floorplan Receivable-Exotic Au | $22.00 |
| 15000-1405 | Floorplan Receivable-F1 Auto S | $23,106.00 |
| 15000-1410 | Floorplan Receivable-F1 Motors | $250.00 |
| 15000-1420 | Floorplan Receivable-Family Au | $28,011.00 |
| 15000-1455 | Floorplan Receivable-Global Au | $9,236.00 |
| 15000-1465 | Floorplan Receivable-Green Lig | $30,702.00 |
| 15000-1470 | Floorplan Rble-Hadi A/S GC | $10,959.00 |
| 15000-1475 | Floorplan Rble-Hadi's A/S | $2,952.00 |

| GL # | Dealer | 03/13/2020 |
|---|---|---:|
| 15000-1490 | Floorplan Receivable-Hot Rides | $88,634.00 |
| 15000-1495 | Floorplan Receivable-Hot Wheel | $28,286.00 |
| 15000-1500 | Floorplan Receivable-Internet | $29,005.00 |
| 15000-1510 | Floorplan Receivable-J&K Acqus | $173,648.00 |
| 15000-1520 | Floorplan Receivable-JGS Auto | $5,683.00 |
| 15000-1535 | Floorplan Receivable-Jonah Mot | $83,330.20 |
| 15000-1545 | Floorplan Receivable-JR's Auto | $72,634.00 |
| 15000-1550 | Floorplan Receivable-JTS Auto | $31,491.00 |
| 15000-1610 | Floorplan Receivable-Main Auto | $70,975.00 |
| 15000-1618 | Floorplan Rcble-Malcom Lima | $68,830.00 |
| 15000-1622 | Floorplan Rble-Mark Prombirant | $8,750.00 |
| 15000-1645 | Floorplan Rble-Metro Auto Sale | $74,769.00 |
| 15000-1670 | Floorplan Receivable-MPV | $60,770.40 |
| 15000-1685 | Floorplan Receivable-New To Yo | $72,660.00 |
| 15000-1695 | Floorplan Receivable-NH Select | $250.00 |
| 15000-1730 | Floorplan Receivable-Oval Moto | $12,017.00 |
| 15000-1740 | Floorplan Receivable-Parkway A | $86,629.00 |
| 15000-1750 | Floorplan Receivable-Platinum | $184,158.00 |
| 15000-1760 | Floorplan Receivable-Prime Aut | $13,929.00 |
| 15000-1775 | Floorplan Receivable-Prime Tim | $1,172.00 |
| 15000-1780 | Floorplan Receivable-Reading A | $28,392.00 |
| 15000-1810 | Floorplan Receivable-Rockingha | $105,543.00 |
| 15000-1815 | Floorplan Receivable-Roslindal | $30,024.00 |
| 15000-1830 | Floorplan Receivable-Roxbury M | $22,065.00 |
| 15000-1925 | Floorplan Receivable-Stadium A | $59,543.80 |
| 15000-1935 | Floorplan Receivable-Super Aut | $27,358.00 |
| 15000-1940 | Floorplan Receivable-Super Val | $13,460.00 |
| 15000-1955 | Floorplan Receivable-Swiftway | $15,833.00 |
| 15000-1980 | Floorplan Receivable-Trade Aut | $43,139.00 |
| 15000-1990 | Floorplan Receivable-Tyme mach | $32,772.00 |
| 15000-1992 | Floorplan Recble-United Motors | $4,814.00 |
| 15000-1995 | Floorplan Receivable-Universal | $1,374.00 |
| 15000-2005 | Floorplan Receivable-W & D Aut | $34,901.00 |

| GL # | Dealer | 03/13/2020 |
|---|---|---|
| 15000-2015 | Floorplan Receivable-Whipout A | $12,850.00 |
| 15000-2030 | Floorplan Receivable-Windsor W | $48,040.00 |
|  |  | **$2,980,861.00** |