## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SHAMROCK FINANCE LLC | ) | Case No. 21-10315-FJB |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On March 12, 2021 (the "*Petition Date*"), Shamrock Finance LLC ("*Shamrock*" or the "*Debtor*") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"). Shamrock continues to operate its businesses and manage its properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "*Schedules and SOFAs*") filed by Shamrock in the United States Bankruptcy Court for the District of Massachusetts (the "*Bankruptcy Court*") were prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") with unaudited information available as near as possible to the Petition Date. The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("*GAAP*") and they are not intended to be fully reconciled to Shamrock's financial statements.

In reviewing and signing the Schedules and SOFAs, Shamrock's principals relied upon the efforts, statements and representations of other personnel and professionals. These representatives have not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and SOFAs (the "*Global Notes*") are incorporated by reference in, and comprise an integral part of, each of Shamrock's

Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

1.    <u>Reservation of Rights</u>.  Although Shamrock has made good faith, reasonable efforts to ensure that the Schedules and SOFAs are as accurate and complete as possible, based on the information that was available to it at the time of preparation, subsequent information or discovery may result in changes to the Schedules and SOFAs (some of which may be material), and inadvertent errors or omissions may have occurred.  Because the Schedules and SOFAs contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and SOFAs are complete.

Nothing contained in the Schedules and SOFAs or these Global Notes shall constitute an admission or a waiver of any of Shamrock's rights to assert any claims or defenses.

2.    <u>Estimates and Assumptions</u>.  The preparation of the Schedules and SOFAs required Shamrock to make estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of income and expense.  Moreover, the documents Actual results could differ materially from these estimates.  Shamrock does not have current market valuations for all of its assets.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for Shamrock to obtain current market valuations for all of its assets, to the extent such valuations even exist.  Unless otherwise indicated, asset valuations are presented as Shamrock's best estimate of fair market value as of the Petition Date.  When necessary, Shamrock has indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary from the estimated value in the Schedules and SOFA (or whatever value was ascribed) and such variance may be material.  Accordingly, the Schedules and the SOFAs do not accurately reflect the aggregate value of Shamrock's total assets, and Shamrock reserves all of its rights to amend, supplement, or adjust the value of each asset set forth herein.

3.    <u>Liabilities</u>.  Some of the scheduled liabilities are unknown and unliquidated at this time.  In such cases, the amounts are listed as "Unknown" or "Undetermined."  Accordingly, the Schedules and the SOFAs do not accurately reflect the aggregate amount of Shamrock's total liabilities.

4.    <u>Claim Description</u>.  Any failure to designate a claim on Shamrock's Schedules and SOFAs as "contingent," "unliquidated" or "disputed" does not constitute an admission by Shamrock that such claim is not "contingent," "unliquidated" or "disputed".  Shamrock reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent,"

"unliquidated" or "disputed".  Shamrock reserves all of its rights to amend its Schedules and SOFAs as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

5.  <u>Assumptions Used to Prepare Specific Schedules or SOFAs Questions</u>.

- <u>Schedule A/B, Item 3.1</u>.  The amount in this checking account has not been reconciled.  Previously, Shamrock reported that the amount of cash in this checking account for the week ending March 13, 2021, was $377,614 (see Docket No. 3-4).  The scheduled amount of $502,987.82 represents the balance in the bank account reported by Leader Bank as of the close of business on the Petition Date.  This amount, however, did not include approximately $94,000 advanced on behalf of Shamrock's customers prior to the Petition Date. Moreover, the cash balance on Docket No. 3-4 assumed all outstanding checks had cleared, which Shamrock later determined was not the case.  The amounts of these checks, since stopped, increases the amount of cash on hand as reflected by Leader Bank. In short, these and other adjustments account for the difference between the reported balance for week ending March 13, 2021 on Docket 3-4, and the scheduled amount reflected in Leader Bank's books and records as of the close of business on the Petition Date.

- <u>Schedule A/B, Item 11</u>.  The accounts receivable have not been reconciled, and may be subject to further adjustment.  The accounts receivable are reported as of the Petition Date.

- <u>Schedule A/B, Item 16.1</u>.  This CD collateralizes a letter of credit from Leader Bank to ADESA, Inc.  Shamrock does not have the present intention to move this CD or alter the terms of the CD and letter of credit.

- <u>Schedule A/B, Item 74</u>.  Shamrock continues to investigate the nature and extent of claims against third parties, and reserves the right to assert any and all claims against all persons and entities, including against Mr. Pierce and Mr. Harris.

- <u>Schedule D</u>.  At the urging of the United States Trustee's Office, Shamrock has scheduled a number of persons and entities as holders of contingent, unliquidated, disputed secured claims as a result of an alleged right of setoff.  Shamrock denies that these persons and individuals have a right of setoff, or any right to payment from Shamrock, but have scheduled these persons and entities on Schedule D at the direction of the United States Trustee's office. Except as otherwise agreed pursuant to a stipulation or agreed order

or general order entered by the Bankruptcy Court, Shamrock reserves its rights to dispute or challenge validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a person or entity listed on Schedule D. Moreover, although Shamrock may have scheduled claims of various creditors as secured claims, Shamrock reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and SOFAs shall be deemed a modification or interpretation of the terms of such agreements. Finally, certain parties have filed UCC-1 financing statements against Shamrock and have been listed on Schedule D, however, Shamrock has not listed UCC-1 financing statements filed by parties who assert liens on Shamrock's property but do not have a claim against Shamrock on account of such asserted lien. Shamrock reserves the right to assert, among other things, that Shamrock has no obligations to such parties and that the collateral that is the subject of such UCC-1 financing statements is or is not property of Shamrock and its estate.

- <u>Schedule F</u>. Shamrock has scheduled all of its noteholder obligations as contingent because Shamrock does not believe all of that debt has matured as of the Petition Date.

- <u>Schedule G.</u>  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Shamrock reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument. Certain executory agreements may not have been memorialized and could be subject to dispute.

- <u>Schedule H</u>. Shamrock has identified its sole member and manager Kevin Devaney as a codebtor for each noteholder obligations. Mr. Devaney signed as a co-maker or guarantor for all or substantially all of the noteholder obligations. However, Shamrock does not have copies of all of the relevant documents, and reserves the right to modify Schedule H after it obtains and reviews all of the relevant documents.

- <u>SOFA Item 1</u>.  The amounts set forth are based upon information provided to Shamrock by Mr. Harris and/or Mr. Smith, and is subject to further review, comment and amendment.

**Fill in this information to identify the case:**

Debtor name  **Shamrock Finance LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **21-10315-FJB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __March 31, 2021__         X __/s/ Kevin Devaney__
                                        Signature of individual signing on behalf of debtor

                                        __Kevin Devaney__
                                        Printed name

                                        __Manager__
                                        Position or relationship to debtor

Official Form 202                     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Shamrock Finance LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **21-10315-FJB**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    **9,536,255.19**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    **9,536,255.19**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,753,737.48**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **16,722,110.65**

4.    Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $    **18,475,848.13**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Shamrock Finance LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **21-10315-FJB**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Leader Bank 48 Northern Ave Boston MA 02210** | **Checking Account** | 1797 | $502,987.82 |
| 3.2. | **Leader Bank 48 Northern Ave Boston MA 02210** | **Reserve Account** | 3952 | $11,350.75 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | **Undeposited Funds** | $47,030.00 |
| --- | --- | --- |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$561,368.57

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(If known)* **21-10315-FJB** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **8,506,244.25**    -    **0.00**    = ....    **$8,506,244.25**
face amount    doubtful or uncollectible accounts

11a. 90 days old or less:    **40,242.00**    -    **0.00**    = ....    **$40,242.00**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **3,947,653.91**    -    **3,720,319.16**    =....    **$227,334.75**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **47,278.00**    -    **0.00**    =....    **$47,278.00**
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$8,821,099.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:                                        % of ownership | | |
| 16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | |
| 16.1.    **CD at Leader Bank, N.A. 180 Massachusetts Ave., Arlington MA 02474** | **N/A** | **$114,087.62** |

17.    **Total of Part 4.**    **$114,087.62**
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**
Name                                                     Case number *(If known)* **21-10315-FJB**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Used office desks, chairs, cabinets and similar items, estimated to have nominal value. | Unknown | N/A | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Used office equipment and computers estimated to have nominal value. | Unknown | N/A | $3,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $5,500.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2010 Ford Fusion VIN 3FAHPoGA1AR144788. Value is for scrap $300 – engine seized** | $0.00 | Liquidation | $300.00 |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* **21-10315-FJB** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2010 Subaru Impreza VIN JF1GE6A6XAH516557. Purchase Price $4995.00 – Purchase date 10/29/2020. Current value based on comparable sales for clean trade per Autoniq valuation.** | **$4,995.00** | Comparable sale | **$3,900.00** |
| 47.3. | **Leased Automobile - 2019 Toyota Tacoma VIN 5TFSZ5AN6KX182870. 24 month lease effective 10/13/2019** | **$0.00** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**  | **$4,200.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leased Premises located at 9 Turnpike Rd., Ipswich MA 01938** | **Leasehold Interest** | **$0.00** | **N/A** | **Unknown** |

56. **Total of Part 9.**  | **$0.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

| Debtor | **Shamrock Finance LLC** | Case number *(If known)* **21-10315-FJB** |
|---|---|---|
| | Name | |

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>www.shamrockfinance.com | $0.00 | N/A | Unknown |
| 62.  **Licenses, franchises, and royalties**<br>Sage 50 Software License | $0.00 | N/A | Unknown |
| Microsoft Office 365 Software License | $0.00 | N/A | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations**<br>Customer List | $0.00 | N/A | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Debtor | **Shamrock Finance LLC** | Case number *(If known)* **21-10315-FJB** |
|---|---|---|
| | Name | |

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

| | | | |
|---|---|---|---|
| **$10,000 Promissory Note dated October 28, 2014, Keith A. Harris (borrower)** | **10,000.00** - Total face amount | **5,000.00** = doubtful or uncollectible amount | **$5,000.00** |
| **$24,000.00 Employee Loan** | **24,000.00** - Total face amount | **24,000.00** = doubtful or uncollectible amount | **$0.00** |
| **$25,000 Member Loan dated February 4, 2021** | **25,000.00** - Total face amount | **0.00** = doubtful or uncollectible amount | **$25,000.00** |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**Twin City Fire Insurance Co. Commercial General Liability Insurance Policy exp. 3/16/2022** — **Unknown**

**Twin City Fire Insurance Co. Commercial Property Insurance Policy exp. 3/16/2022** — **Unknown**

**Twin City Fire Insurance Co. Automobile Liability Insurance Policy exp. 3/16/2022** — **Unknown**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims Against David Pierce, CPA** — **Unknown**

| Nature of claim | **Tortious Conduct, including Professional Errors and Omissions, Indemnity** |
|---|---|
| Amount requested | **$0.00** |

**Claim against Keith Harris, CPA** — **Unknown**

| Nature of claim | **Tortious Conduct, including Professional Errors and Omissions, Indemnity** |
|---|---|
| Amount requested | **$0.00** |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(If known)* | **21-10315-FJB** |
|--------|--------------------------|--------------------------|------------------|
|        | Name                     |                          |                  |

| **Miscellaneous collateral from customers to secure Dealer Receivables** | **Unknown** |
|---|---|

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$30,000.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **Shamrock Finance LLC** | Case number *(If known)* **21-10315-FJB** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $561,368.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,821,099.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $114,087.62 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,536,255.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,536,255.19 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Shamrock Finance LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **21-10315-FJB**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **A & A Auto Sales** | Describe debtor's property that is subject to a lien | $196.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Steven Nogueira**
**420 MASS AVE**
**LUNENBURG, MA 01462**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **A & A Auto Sales** | Describe debtor's property that is subject to a lien | $153.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Jonathan Perez**
**249R N MAIN ST**
**RANDOLPH, MA 02368**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                      Case number (if known)    **21-10315-FJB**
          _____
          Name

■ No                                    ■ Contingent
☐ Yes. Specify each creditor,          ■ Unliquidated
including this creditor and its relative
priority.                               ■ Disputed

---

| 2.3 | **Alfred Laustsen** | Describe debtor's property that is subject to a lien | $100,290.32 | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Certain titles in possession of Debtor, contracts and security agreements, cash and cash equivalents, tangible personal property, fixtures, leasehold improvements, trade fixtures, equipment and other personal property.**

**2 Staunton Road**
**Groveland, MA 01834**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 22, 2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **American Eagle Auto Sales Corp** | Describe debtor's property that is subject to a lien | $3,875.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**Israyil Ismayilli**
**729 Farm Road Unit A**
**MARLBOROUGH, MA**
**01752**
Creditor's mailing address

Describe the lien
**Setoff**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Antonio Medina d/b/a Rey Medina Auto Sal** | Describe debtor's property that is subject to a lien | $1,613.00 | $0.00 |
|---|---|---|---|---|

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|---|

Name

Creditor's Name

**Antonio Medina**
**41 S Union St**
**LAWRENCE, MA 01840**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **AONE AUTO LTD** | **Describe debtor's property that is subject to a lien** | **$674.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Natan Smotrich**
**688 W THAMES ST**
**NORWICH, CT 06360**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Atlantic Coast Wholesale DBA Global Auto** | **Describe debtor's property that is subject to a lien** | **$1,310.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Tom Hogan**
**2230 Cypress Bend #19**
**Pompano Beach, FL 33069**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **Boston Motors Jerome** | Describe debtor's property that is subject to a lien | $4,141.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Jerome Weekes**
**47 Mystic St**
**EVERETT, MA 02149**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.9 | **Boston Motors USA Inc** | Describe debtor's property that is subject to a lien | $1,297.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**MIKE DESOUZA**
**47 Mystic St**
**EVERETT, MA 02149**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 0 | **Brandon Brooks d/b/a/ Northstar Auto Sal** | Describe debtor's property that is subject to a lien | $5,414.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**578C Mast Road**
**Manchester, NH 03102**

Creditor's mailing address

**Describe the lien**
**Setoff**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | | Case number *(if known)* | **21-10315-FJB** |
|---|---|---|---|---|
| | Name | | | |

---

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Braza Car Auto Sales Inc** | Describe debtor's property that is subject to a lien | $8,100.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Nathalia Silva Barbosa
86 Newburyport Turnpike
NEWBURY, MA 01951**
Creditor's mailing address

**Describe the lien
Setoff**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 2 | **Bristol County Auto Exchange Inc** | Describe debtor's property that is subject to a lien | $5,870.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Edward Cicciu
2388 Grand Army Hwy
Swansea, MA 02777**
Creditor's mailing address

**Describe the lien
Setoff**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 28 |
|---|---|---|

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 3 | **BS Motors INC** | Describe debtor's property that is subject to a lien | $12,896.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bruno Sales**
**103 Tyngsboro RD**
**N. CHELMSFORD, MA**
**01863**

Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Carfive Inc** | Describe debtor's property that is subject to a lien | $335.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Roberto Veras**
**4470 South Orange**
**Blossom Trl**
**Kissimmee, FL 34746**

Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 5 | **Carlider USA LLC** | Describe debtor's property that is subject to a lien | $12,841.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Jose Camargo**
**353 3rd St**
**EVERETT, MA 02149**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 28

Debtor    **Shamrock Finance LLC**

Name

Case number (if known)    **21-10315-FJB**

---

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 6 | **Carnova LLC** | Describe debtor's property that is subject to a lien | $900.00 | $0.00 |

Creditor's Name

**DOUGLAS MACHADO**
**210 RIVER ST**
**HAVERHILL, MA 01832**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 7 | **Chris Konikowski dba Absolute Auto Whole** | Describe debtor's property that is subject to a lien | $460.00 | $0.00 |

Creditor's Name

**Chris Konkowski**
**76 Cleveland St**
**MANCHESTER, NH 03102**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page  7 of 28

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| **2.18** | **Clasico Motor, Inc** | Describe debtor's property that is subject to a lien | **$39.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Margarita Nunez**
**663 Gallivan Blvd**
**DORCHESTER, MA 02124**

Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| **2.19** | **CP Auto Sales Inc** | Describe debtor's property that is subject to a lien | **$800.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**JOSE JUNIOR**
**386 HOLLIS ST**
**FRAMINGHAM, MA 01702**

Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| **2.20** | **Dario Inc dba Christopher's Auto Sales** | Describe debtor's property that is subject to a lien | **$550.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Chris Serino**
**367 3rd Street**
**EVERETT, MA 02149**

Creditor's mailing address

Describe the lien
**Setoff**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.2 1 | **Devine Motors on Wheels Inc.** | **Describe debtor's property that is subject to a lien** | **$99,800.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**LOUIS KASIBANTE
519 S. UNION ST
LAWRENCE, MA 01843**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.2 2 | **Dircelio Beluco d/b/a White Street Motor** | **Describe debtor's property that is subject to a lien** | **$903.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Dircelio Beluco
69 White Street
HAVERHILL, MA 01830**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 3 | **DJJD, Inc.** | Describe debtor's property that is subject to a lien | **$250,806.44** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**58 Pulaski Street
Peabody, MA 01960**

Creditor's mailing address

**kaliperman@comcast.net**

Creditor's email address, if known

Date debt was incurred
**March 1, 2017**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien

**Certain titles in possession of Debtor,
contracts and security agreements, cash and
cash equivalents.**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **E&C Auto Brokers LLC** | Describe debtor's property that is subject to a lien | **$4,333.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Chris Costigan
505 Main Street
WOBURN, MA 01801**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 5 | **Edouard Samedy dba Twin
Motorsport** | Describe debtor's property that is subject to a lien | **$3,072.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Edouard Samedy
224B South West Cutoff
WORCESTER, MA 01605**

Creditor's mailing address

Describe the lien
**Setoff**

---

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |

Name

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.2 6 | **Empire Auto LLC** | Describe debtor's property that is subject to a lien | **$213.00** | **$0.00** |

Creditor's Name

**Tigran Buniatyan**
**11285 Seminole Blvd**
**SEMINOLE, FL 33778**

Creditor's mailing address

**Describe the lien**
**Setoff**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.2 7 | **EMPIRE MOTOR GROUP LLC** | Describe debtor's property that is subject to a lien | **$2,363.00** | **$0.00** |

Creditor's Name

**WILLIAM PAPAGEORGE**
**147A PLAISTOW RD**
**PLAISTOW, NH 03865**

Creditor's mailing address

**Describe the lien**
**Setoff**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Debtor    **Shamrock Finance LLC**
_____
Name

Case number (if known)    **21-10315-FJB**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 8 | **Everett Used Cars Inc.** | Describe debtor's property that is subject to a lien | $52,799.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Paulo De Lima Junior**
**70 Chelsea Street**
**EVERETT, MA 02149**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 9 | **Finest Auto Sales LLC** | Describe debtor's property that is subject to a lien | $6,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ALVIN KASULE**
**519 QUINCY AVE**
**QUINCCY, MA 02169**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 0 | **Frank Coffey LLC** | Describe debtor's property that is subject to a lien | $2,982.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Francis Coffey**
**293 Elm St**
**MILFORD, NH 03055**
Creditor's mailing address

Describe the lien
**Setoff**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 28

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
| --- | --- |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 1 | **GB Auto Sales d/b/a International Horsep** | Describe debtor's property that is subject to a lien | **$4,100.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Gayane Badalyn**
**910 Quaker Ln**
**Warwick, RI 02886**
Creditor's mailing address

**Describe the lien**
**Setoff**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
| --- | --- |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 2 | **Granite Automotive Ventures LLC dba Auto** | Describe debtor's property that is subject to a lien | **$2,495.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Gabriel Despres**
**1114 1ST NH TURNPIKE**
**NORTHWOOD, NH 03261**
Creditor's mailing address

**Describe the lien**
**Setoff**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
| --- | --- |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor  **Shamrock Finance LLC**
_____
Name

Case number (if known)   **21-10315-FJB**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 3 | **Henry Nunez d/b/a Find My Car** | Describe debtor's property that is subject to a lien | $326.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Henry Nunez**
**519 S UNION ST**
**LAWRENCE, MA 01843**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 4 | **Home Run Auto Sales Inc** | Describe debtor's property that is subject to a lien | $5,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Yan Carlos Ramirez**
**51 Haverhill St**
**LAWRENCE, MA 01841**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 5 | **James Auto Sales LTD** | Describe debtor's property that is subject to a lien | $525.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Anna Smotrich**
**380 W Thames St**
**NORWICH, CT 06360**
Creditor's mailing address

Describe the lien
**Setoff**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 28

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 6 | **John McNulty d/b/a Madbury Motors** | Describe debtor's property that is subject to a lien | **$2,318.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**John McNulty**
**309 Knox Marsh Rd**
**MADBURY, NH 03844**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 7 | **JR Car Care, Inc.** | Describe debtor's property that is subject to a lien | **$2,130.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Jose Junior**
**454 Watertown St**
**NEWTON, MA 02460**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Shamrock Finance LLC**
_____
Name

Case number (if known)    **21-10315-FJB**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 8 | **L and S Auto Sales Inc.** | Describe debtor's property that is subject to a lien | $523.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Luis Pimentel**
**1112 Pleasant St**
**FALL RIVER, MA 02723**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 9 | **Laura Maiato-Serrano dba Valentina's Aut** | Describe debtor's property that is subject to a lien | $1,528.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Richard Morris**
**230 Southwest Cutoff**
**WORCESTER, MA 01604**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 0 | **Lawrence Kaplan** | Describe debtor's property that is subject to a lien | $707,274.19 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Certain Titles in POSSESSION OF DEBTOR.
ALL CONTRACTS & SECURITY
AGREEMENTS . CASH & CASH
EQUIVALENTS INCLUDING BUT NOT
LIMITED TO MARKETABLE SECURITIES**

**16 Douglas Avenue**
**Wilmington, MA 01887**

---

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Non-Purchase Money Security** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 10, 2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 1 | **Leader Bank, N.A.** | Describe debtor's property that is subject to a lien | $100,000.00 | $114,087.62 |
|---|---|---|---|---|
| | Creditor's Name | **CD at Leader Bank, N.A. 180 Massachusetts Ave., Arlington MA 02474** | | |

**180 Massachusetts Avenue**
**Arlington, MA 02474**

Creditor's mailing address

**Describe the lien**
**Lien on Certificate of Deposit**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 11, 2017**

**Last 4 digits of account number**
**6104**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 2 | **Leonard and Mary Bonafanti** | Describe debtor's property that is subject to a lien | $100,750.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **None** | | |

**20 Olsen Road**
**Peabody, MA 01960**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**lnaugle@scalawyers.com**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**January 3, 2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.43 | **Metro Auto Sales Corporation** | Describe debtor's property that is subject to a lien | $3,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Juan Lopez**
**638 Essex St**
**LAWRENCE, MA 01841**

Creditor's mailing address

Describe the lien
**Setoff**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.44 | **Miguel A. Gonzalez d/b/a La Joya Auto Sa** | Describe debtor's property that is subject to a lien | $1,816.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**MIGUEL GONZALEZ**
**1420 NORTH SHORE RD**
**REVERE, MA 02151**

Creditor's mailing address

Describe the lien
**Setoff**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.45 | **New England Auto Mall Inc.** | Describe debtor's property that is subject to a lien | $5,424.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Roberto Mazzinghy**
**511 Middlesex St**
**LOWELL, MA 01851**

Creditor's mailing address

Describe the lien
**Setoff**

---

| Debtor | **Shamrock Finance LLC** | | Case number *(if known)* | **21-10315-FJB** |
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 6 | **NH Motorsports** | Describe debtor's property that is subject to a lien | **$100.00** | **$0.00** |

Creditor's Name

**Matthew Little**
**22 Gauthier Dr**
**EPSON, NH 03234**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 7 | **Northstar Auto Sales LLC** | Describe debtor's property that is subject to a lien | **$5,414.00** | **$0.00** |

Creditor's Name

**Brandon Brooks**
**578C Mast Rd**
**MANCHESTER, NH 03102**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**
_____
Name

Case number (if known)    **21-10315-FJB**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.
_____

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 8 | **Panda Auto Group Inc** | Describe debtor's property that is subject to a lien | $290.00 | $0.00 |

Creditor's Name

**Larissa Da Silveira**
**766 Adams St**
**ABINGTON, MA 02351**
Creditor's mailing address

Describe the lien
**Setoff**
Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.
_____

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 9 | **Park Ave Auto Inc** | Describe debtor's property that is subject to a lien | $11,295.00 | $0.00 |

Creditor's Name

**David Hartz**
**1163 Main Street**
**WORCESTER, MA 01603**
Creditor's mailing address

Describe the lien
**Setoff**
Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.
_____

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 0 | **Petes Auto Sales & Service LLC** | Describe debtor's property that is subject to a lien | $1,900.00 | $0.00 |

Creditor's Name

**JODY KENYON**
**119 N MAIN ST**
**NORWICH, CT 06360**
Creditor's mailing address

Describe the lien
**Setoff**

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

| **Do multiple creditors have an interest in the same property?** |
|---|
| ■ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

---

| 2.5 1 | **Premier Motor Sales INC** | Describe debtor's property that is subject to a lien | **$1,078.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Brendon Coleman**
**145 BROADWAY**
**RAYNHAM, MA 02767**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

| **Do multiple creditors have an interest in the same property?** |
|---|
| ■ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

---

| 2.5 2 | **Prime Cars Auto Sales INC** | Describe debtor's property that is subject to a lien | **$3,342.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Sebastiao Cordeiro**
**160 Broadway**
**SAUGUS, MA 01906**
Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |

As of the petition filing date, the claim is:
Check all that apply

| **Do multiple creditors have an interest in the same property?** |
|---|

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 3 | **Rafael Reynaldo Beato dba Beato Auto Sal** | Describe debtor's property that is subject to a lien | **$1,188.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**RAFAEL BEATO**
**9 Nashua Rd**
**LONDONDERRY, NH 03038**
Creditor's mailing address

Describe the lien
**Setoff**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 4 | **Revolution Motors INC** | Describe debtor's property that is subject to a lien | **$3,006.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Patricia Kelley**
**1582 Middlesex ST**
**LOWELL, MA 02151**
Creditor's mailing address

Describe the lien
**Setoff**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 5 | **Rey D Mateo DBA King Auto Sales** | Describe debtor's property that is subject to a lien | **$1,477.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Rey Mateo**
**591 N. Main St. (Rte. 12)**
**LEOMINSTER, MA 01453**
Creditor's mailing address

Describe the lien
**Setoff**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.5 6 | **Royal Crest Motors Inc.** | Describe debtor's property that is subject to a lien | **$3,513.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Jean-Pierre Saliba**
**769 Amesbury Rd**
**HAVERHILL, MA 01830**

Creditor's mailing address

**Describe the lien**

**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.5 7 | **Sena Motors Inc** | Describe debtor's property that is subject to a lien | **$30,145.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Claudio Pontes**
**120 Squire Road**
**REVERE, MA 02151**

Creditor's mailing address

**Describe the lien**

**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|--------|--------------------------|------------------------|------------------|
|        | Name                     |                        |                  |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 8 | **Shalom Auto Group LLC** | Describe debtor's property that is subject to a lien | **$7,055.00** | **$0.00** |

Creditor's Name

**Roberto Veras**
**5-7 Merrimack St**
**LAWRENCE, MA 01843**

Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 9 | **Shamrock Auto Brokers LLC** | Describe debtor's property that is subject to a lien | **$1,616.00** | **$0.00** |

Creditor's Name

**Timothy OSullivan**
**140 LACONIA RD**
**BELMONT, NH 03220**

Creditor's mailing address

Describe the lien
**Setoff**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 0 | **Sinclair Auto Palace LLC** | Describe debtor's property that is subject to a lien | **$1,300.00** | **$0.00** |

Creditor's Name

**Shaquana M. Perrin**
**11 MAIN ST**
**Moosup, CT 06354**

Creditor's mailing address

Describe the lien
**Setoff**

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 1 | **Solution Auto LLC** | Describe debtor's property that is subject to a lien | $1,692.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Peter Mojica**
**134 West St**
**LAWRENCE, MA 01841**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 2 | **Stephanie Harris** | Describe debtor's property that is subject to a lien | $120,621.53 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**125 Main Street**
**Newmarket, NH 03857**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

☐ No

■ Yes

**stephanieaharris@live.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**January 25, 2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

**Certain titles in possession of Debtor, contracts and security agreements, cash and cash equivalents, tangible personal property.**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 25 of 28

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 3 | **Thames River Motorcars LLC** | Describe debtor's property that is subject to a lien | **$240.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Douglas Sanford
2090 Norwich New London
Tpk
Uncasville, CT 06382**

Creditor's mailing address

**Describe the lien
Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 4 | **Top Gear Motor Group Corp** | Describe debtor's property that is subject to a lien | **$19,648.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Lucas Almeida
24 Joy St
SOMERVILLE, MA 01243**

Creditor's mailing address

**Describe the lien
Setoff**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 5 | **Topline Motorsports LLC** | Describe debtor's property that is subject to a lien | **$5,720.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Tom Ross
255 Rockingham Rd
DERRY, NH 03038**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 26 of 28

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

**Setoff**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.6 6 | **Yaab Motor Sales LLC** | Describe debtor's property that is subject to a lien | **$9,136.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Ausi Nsereko**
**195 Plaistow Rd**
**PLAISTOW, NH 03865**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.6 7 | **Yeiron David Torres dba Barahona Auto** | Describe debtor's property that is subject to a lien | **$600.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Yeiron David Torres**
**11 Embankment St 2FL**
**LAWRENCE, MA 01841**

Creditor's mailing address

**Describe the lien**
**Setoff**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 27 of 28

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.6 8 | **Zamps Auto** | Describe debtor's property that is subject to a lien | **$426.00** | **$0.00** |

Creditor's Name

**Vincent Zampell**
**26 Cedar Rd**
**MEDFORD, MA 02155**

Creditor's mailing address

**Describe the lien**
**Setoff**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,753,737.4 8** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 28 of 28

**Fill in this information to identify the case:**

Debtor name   **Shamrock Finance LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **21-10315-FJB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Always Health Partners**<br>**399 Revolution Drive**<br>**Somerville, MA 02145** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Health Benefit Plan** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Connecticut Department of Revenue Services**<br>**450 Columbus Blvd Ste 1**<br>**Hartford, CT 06103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Shamrock Finance LLC** | | Case number *(if known)* | **21-10315-FJB** |
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 W Tennessee St.**
**Tallahassee, FL 32399**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 01911-7346**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Massachusetts Department of**
**Revenue**
**Attn: Ms Kendra Ye**
**Bankruptcy Unit**
**PO Box 9564**
**Boston, MA 02114-9564**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**New Hampshire Department of**
**Revenue Administration**
**109 Pleasant St.**
**Concord, NH 03301**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rhode Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Town of Groveland**
**Treasurer / Collector**
**183 Main St.**
**Groveland, MA 01834**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Town of Ipswich**
**Treasurer / Collector**
**Town Hall**
**25 Green St.**
**Ipswich, MA 01938**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Town of Wenham**
**Treasurer / Collector**
**138 Main St.**
**Wenham, MA 01984**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address**
Ann Gill
8 Groveland Commons Way #8
Groveland, MA 01834

Date(s) debt was incurred  **06/01/2018**

Last 4 digits of account number  **2018**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$6,776.33

---

**3.2** | **Nonpriority creditor's name and mailing address**
Benoit Brodeur
2 JOHN RD
Peabody, MA 01960

Date(s) debt was incurred  **03/01/2013**

Last 4 digits of account number  **2086**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$252,600.81

---

**3.3** | **Nonpriority creditor's name and mailing address**
Boyd Jackson
27 Great Hill Drive
Topsfield, MA 01983

Date(s) debt was incurred  **04/16/2013**

Last 4 digits of account number  **2026**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$201,500.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
Burke Family Trust, Kevin P. Burke Trust
10 Sapphire Ave.
Marblehead, MA 01945

Date(s) debt was incurred  **03/01/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$200,580.65

---

**3.5** | **Nonpriority creditor's name and mailing address**
Casey Mesina
2 STUART ST
Amesbury, MA 01913

Date(s) debt was incurred  **11/01/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$17,436.36

---

**3.6** | **Nonpriority creditor's name and mailing address**
Charles D Whitten
263 ARGILLA RD
Ipswich, MA 01938

Date(s) debt was incurred  **03/01/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$123,917.46

---

**3.7** | **Nonpriority creditor's name and mailing address**
Charles Maihos
20 GARFIELD AVE
S. Hamilton, MA 01982

Date(s) debt was incurred  **12/01/2012**

Last 4 digits of account number  **2009**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$100,290.32

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$401,161.29**

Christine T Karaffa
225A Fallon Road
Apt. 218
Stoneham, MA 02180

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2014**

**Basis for the claim:** _

Last 4 digits of account number  **2044**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,586.19**

Colette A Willis
c/o keith Harris CPA
8 Central Street
Topsfield, MA 01983

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/10/2012**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,388,780.56**

Damian  and Melanie Robert
401NW 37th Place
Cape Coral, FL 33993

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2012**

**Basis for the claim:** _

Last 4 digits of account number  **2018**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161,218.71**

Damian  and Melanie Robert
401NW 37th Place
Cape Coral, FL 33993

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2012**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,580.64**

David  Sutherland
4 BROWN FIELD LN
Georgetown, MA 01833

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/01/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2115**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

David W. Pierce, CPA
7 Ridgeview Road
Topsfield, MA 01983

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Fees for investments**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,217.74**

Deborah Pierce
5018 WOODY CREEK LN VW#9
Carrabassett Valley, ME 04947

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **06/01/2018**

**Basis for the claim:** _

Last 4 digits of account number  **2018**

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,058.06** |
|---|---|---|---|

**DEREK DUGUAY**
**39 Belvidere Rd**
**Haverhill, MA 01830**

Date(s) debt was incurred  **03/01/2019**

Last 4 digits of account number  **2108**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,754.21** |
|---|---|---|---|

**Diana Lombard**
**29 LAKE VIEW AVE**
**Danvers, MA 01923**

Date(s) debt was incurred  **12/01/2018**

Last 4 digits of account number  **2018**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,068.26** |
|---|---|---|---|

**Diane Dedam**
**5 Bonnie Drive**
**Exeter, NH 03833**

Date(s) debt was incurred  **03/01/2013**

Last 4 digits of account number  **2023**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,156.05** |
|---|---|---|---|

**Dianne Yurkavich**
**3 LaValley Ln**
**Newburyport, MA 01950**

Date(s) debt was incurred  **02/01/2019**

Last 4 digits of account number  **2106**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,145.16** |
|---|---|---|---|

**Doug Laustsen**
**PO BOX 1513**
**Hampton, NH 03843**

Date(s) debt was incurred  **07/01/2017**

Last 4 digits of account number  **2081**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,104.03** |
|---|---|---|---|

**Edward & Gloria Jones**
**25 Perkins Ave #58**
**Seabrook, NH 03874**

Date(s) debt was incurred  **07/01/2018**

Last 4 digits of account number  **2018**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401,161.29** |
|---|---|---|---|

**Edward Christine Roman**
**2 Great Hill Drive**
**Topsfield, MA 01983**

Date(s) debt was incurred  **02/01/2014**

Last 4 digits of account number  **2040**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,290.32** |
|---|---|---|---|

**Estate of Leonard H. Kieley**
**24585 Clement Ave**
**Los Molinos, CA 96055**

Date(s) debt was incurred  **07/01/2015**

Last 4 digits of account number  **2048**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,087.10** |
|---|---|---|---|

**Francis Devaney**
**6 EAGLE LN**
**Georgetown, MA 01833**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184,035.83** |
|---|---|---|---|

**Francis Devaney**
**6 Eagle Lane**
**Georgetown, MA 01833**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$406,306.45** |
|---|---|---|---|

**Francis Green**
**1 Illsley Hill Road**
**W Newbury, MA 01985**

Date(s) debt was incurred  **01/01/2016**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$202,080.65** |
|---|---|---|---|

**Frank Foti**
**201 SLAYTON FARM RD**
**Stowe, VT 05672**

Date(s) debt was incurred  **05/01/2014**

Last 4 digits of account number  **2043**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101,040.32** |
|---|---|---|---|

**Frank Foti**
**201 SLAYTON FARM RD**
**Stowe, VT 05672**

Date(s) debt was incurred  **05/15/2014**

Last 4 digits of account number  **2045**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,308.18** |
|---|---|---|---|

**Gail Annis**
**545 NEWBURYPORT TPK #28**
**Rowley, MA 01969**

Date(s) debt was incurred  **09/01/2018**

Last 4 digits of account number  **2018**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,217.74** |
|---|---|---|---|

**Gary Duguay**
**21 GATES RD**
**Middleton, MA 01949**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/01/2017

Basis for the claim: _

Last 4 digits of account number  2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,249.92** |
|---|---|---|---|

**Gary Duguay**
**21 GATES RD**
**Middleton, MA 01949**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/01/2017

Basis for the claim: _

Last 4 digits of account number  2017

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,329.84** |
|---|---|---|---|

**Gary Duguay**
**21 GATES RD**
**Middleton, MA 01949**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/01/2019

Basis for the claim: _

Last 4 digits of account number  2109

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,290.32** |
|---|---|---|---|

**Gregory Bartosik**
**35 COLLINS ST #72**
**Danvers, MA 01923**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/01/2018

Basis for the claim: _

Last 4 digits of account number  2018

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,640.82** |
|---|---|---|---|

**Gregory Cole**
**14 Greenbrook Rd**
**South Hamilton, MA 01982**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/2019

Basis for the claim: _

Last 4 digits of account number  2018

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,651.48** |
|---|---|---|---|

**Gregory Watkins**
**12 HILLSIDE AVE**
**Amesbury, MA 01913**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/2017

Basis for the claim: _

Last 4 digits of account number  2047

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,258.06** |
|---|---|---|---|

**Howard Klein**
**5 Bonnie Drive**
**Exeter, NH 03833**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/2017

Basis for the claim: _

Last 4 digits of account number  2073

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,897.34** |
|---|---|---|---|

**Irma Lampert**
**102 Brooksby Village Drive**
**Unit 403**
**Peabody, MA 01960**

Date(s) debt was incurred  06/01/2011

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,416.13** |
|---|---|---|---|

**James Coffin**
**50 Central Street**
**Newbury, MA 01924**

Date(s) debt was incurred  06/01/2018

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,193.55** |
|---|---|---|---|

**James Lynch**
**210 BELMONT FORREST CT #208**
**Timonium, MD 21093**

Date(s) debt was incurred  03/01/2012

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,290.32** |
|---|---|---|---|

**James Tedford**
**7 JEFFREYS NECK RD**
**Ipswich, MA 01938**

Date(s) debt was incurred  11/01/2012

Last 4 digits of account number  2005

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,580.65** |
|---|---|---|---|

**John Diller**
**PO Box 126**
**Madison, ME 04950**

Date(s) debt was incurred  04/01/2016

Last 4 digits of account number  2066

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,435.48** |
|---|---|---|---|

**John F Reynolds**
**19 VILLAGE WEST**
**Carrabasset Valley, MA 04947**

Date(s) debt was incurred  11/01/2013

Last 4 digits of account number  2035

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,322.58** |
|---|---|---|---|

**John H Ellis JR**
**178 LOWELL ST**
**Peabody, MA 01960**

Date(s) debt was incurred  12/01/2012

Last 4 digits of account number  2010

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Shamrock Finance LLC**                                    Case number (if known) **21-10315-FJB**
_____
Name

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,967.74** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/19/2013

**Basis for the claim:** _

Last 4 digits of account number  2027

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,645.16** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/30/2013

**Basis for the claim:** _

Last 4 digits of account number  2028

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$501,612.90** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/01/2014

**Basis for the claim:** _

Last 4 digits of account number  2048

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,483.87** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/01/2014

**Basis for the claim:** _

Last 4 digits of account number  2049

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,322.58** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/2015

**Basis for the claim:** _

Last 4 digits of account number  2050

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,161.29** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/01/2015

**Basis for the claim:** _

Last 4 digits of account number  2057

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,322.58** |

**John H Ellis JR**
**178 LOWELL ST**
Peabody, MA 01960

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/01/2015

**Basis for the claim:** _

Last 4 digits of account number  2060

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,645.16** |

**John H Ellis JR**
**178 LOWELL ST**
**Peabody, MA 01960**

Date(s) debt was incurred __12/01/2015__
Last 4 digits of account number __2061__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,322.58** |

**John H Ellis JR**
**178 LOWELL ST**
**Peabody, MA 01960**

Date(s) debt was incurred __09/01/2017__
Last 4 digits of account number __2084__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,322.58** |

**John H Ellis JR**
**178 LOWELL ST**
**Peabody, MA 01960**

Date(s) debt was incurred __05/01/2018__
Last 4 digits of account number __2090__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,645.16** |

**John H Ellis JR**
**178 LOWELL ST**
**Peabody, MA 01960**

Date(s) debt was incurred __10/01/2018__
Last 4 digits of account number __2100__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295,486.12** |

**John Morin**
**19 Pleasant Street**
**Middleton, MA 01949**

Date(s) debt was incurred __07/01/2016__
Last 4 digits of account number __2069__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,290.32** |

**K Diamond Builders LLC**
**PO BOX 172**
**Topsfield, MA 01983**

Date(s) debt was incurred __01/01/2013__
Last 4 digits of account number __2013__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$702,032.26** |

**Kathy F Pierce**
**7 RIDGEVIEW RD**
**Topsfield, MA 01983**

Date(s) debt was incurred __10/30/2012__
Last 4 digits of account number __2003__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,310.55**

**Keith Andrew Harris**
**15 ALMENA WAY**
**Seabrook, NH 03874**

Date(s) debt was incurred  06/01/2013
Last 4 digits of account number  2030

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Keith Harris, CPA**
**8 Central St.**
**Topsfield, MA 01983**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Fees for investments

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$538,993.81**

**Kevin Devaney**
**126 Merrimac St #12**
**Newburyport, MA 01950**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Note to Shareholder

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,580.64**

**Kim  Sutherland**
**4 BROWN FIELD LN**
**Georgetown, MA 01833**

Date(s) debt was incurred  08/01/2019
Last 4 digits of account number  2116

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$385,808.73**

**Laurie T Cameron**
**64 TOWN FARM RD**
**Ipswich, MA 01938**

Date(s) debt was incurred  11/01/2013
Last 4 digits of account number  2036

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,072.58**

**Lee A McNelly**
**5 IPSWICH WOODS DR**
**Ipswich, MA 01938**

Date(s) debt was incurred  10/01/2013
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,029.03**

**Leia Kaplan**
**240 JACKSON ST UNIT 307**
**Lowell, MA 01852**

Date(s) debt was incurred  05/01/2016
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
Liam Gill
8 Groveland Commons Way #8
Groveland, MA 01834

Date(s) debt was incurred  **06/01/2018**

Last 4 digits of account number  **2018**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$60,987.01**

---

**3.65**

**Nonpriority creditor's name and mailing address**
Manheim Remarketing, Inc.
Attn:  Jill Marciniak
9005 Overlook Boulevard
Brentwood, TN 37027

Date(s) debt was incurred  **May 20, 2016**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Auction Floor Plan Administration Agreement dated May 20, 2016**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.66**

**Nonpriority creditor's name and mailing address**
Mark & Elizabeth Joyce JTWROS
500 ATLANTIC AVE UNIT 15L
Boston, MA 02210

Date(s) debt was incurred  **02/01/2013**

Last 4 digits of account number  **2019**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200,580.65**

---

**3.67**

**Nonpriority creditor's name and mailing address**
Mark Harrington
66 Main Street
Byfield, MA 01922

Date(s) debt was incurred  **01/01/2020**

Last 4 digits of account number  **2120**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,058.50**

---

**3.68**

**Nonpriority creditor's name and mailing address**
Marylene Devaney
6 EAGLE LN
Georgetown, MA 01833

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,145.16**

---

**3.69**

**Nonpriority creditor's name and mailing address**
Maureen J Brodeur
2 JOHN RD
Peabody, MA 01960

Date(s) debt was incurred  **12/01/2013**

Last 4 digits of account number  **2037**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$256,350.81**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Pacific Premier Trust Custodian FBO Dian
PO Box 173859
Denver, CO 82017

Date(s) debt was incurred  **07/15/2016**

Last 4 digits of account number  **2070**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$130,542.48**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,580.65**

**Paul Taylor**
**7 CAPTAINS WALK LN**
**Marblehead, MA 01945**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/01/2018**

**Basis for the claim:** _

Last 4 digits of account number  **2018**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,483.87**

**Pensco Trust Company Custodian  FBO**
**Kath**
**PO Box 173859**
**Denver, CO 82017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/01/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2018**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,958.13**

**Pensco Trust Company Custodian FBO**
**Chris**
**PO Box 173859**
**Denver, CO 82017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2110**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,206.64**

**Pensco Trust Company Custodian FBO**
**Edwar**
**PO Box 173859**
**Denver, CO 82017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/30/2013**

**Basis for the claim:** _

Last 4 digits of account number  **2015**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,206.73**

**Pensco Trust Company Custodian FBO**
**Edwar**
**PO Box 173859**
**Denver, CO 82017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2013**

**Basis for the claim:** _

Last 4 digits of account number  **2038**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157,303.74**

**Pensco Trust Company Custodian FBO**
**Emily**
**560 Mission Street, Suite 1300**
**San Francisco, CA 94105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/15/2011**

**Basis for the claim:** _

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,424.38**

**Pensco Trust Company Custodian FBO**
**Lawre**
**560 Mission Street, Suite 1300**
**San Francisco, CA 94105**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2012**

**Basis for the claim:** _

Last 4 digits of account number  **2002**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Pensco Trust Company Custodian FBO Sonja**
**PO BOX 173859**
**Denver, CO 80217**

Date(s) debt was incurred  **11/01/2019**

Last 4 digits of account number  **2118**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$57,217.85**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Pensco Trust Company Custodian FBO Terri**
**PO Box 173859**
**Denver, CO 82017**

Date(s) debt was incurred  **10/30/2016**

Last 4 digits of account number  **2071**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$147,357.91**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Pensco Trust Company Custodian FBO Todd**
**PO Box 2021**
**Telluride, CO 81435**

Date(s) debt was incurred  **02/28/2021**

Last 4 digits of account number  **2122**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$109,970.45**

---

**3.81**

**Nonpriority creditor's name and mailing address**

**PENSCO TRUST COMPANY FBO COLETTE A. WILL**
**560 Mission Street, Suite 1300**
**San Francisco, CA 94105**

Date(s) debt was incurred  **02/01/2012**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$274,901.92**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Philip Knowles**
**21 English Common**
**Topsfield, MA 01983**

Date(s) debt was incurred  **11/01/2015**

Last 4 digits of account number  **2059**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$175,508.06**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Rina  Sutherland**
**4 BROWN FIELD LN**
**Georgetown, MA 01833**

Date(s) debt was incurred  **08/01/2019**

Last 4 digits of account number  **2117**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,895.16**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Robert Skeffington**
**82 NORTH ST**
**Topsfield, MA 01983**

Date(s) debt was incurred  **02/01/2018**

Last 4 digits of account number  **2018**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$201,767.53**

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536,293.25** |
|---|---|---|---|

**Rolanda Lee Sturtevant**
**PO BOX 1522**
**Manchester, MA 01944**

Date(s) debt was incurred  **06/01/2019**

Last 4 digits of account number  **2114**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214,942.80** |
|---|---|---|---|

**Rolanda Lee Sturtevant**
**PO BOX 1522**
**Manchester, MA 01944**

Date(s) debt was incurred  **06/01/2019**

Last 4 digits of account number  **2113**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,580.65** |
|---|---|---|---|

**Ronald J Pascucci**
**25 Commonwealth Ave**
**Salisbury, MA 01952**

Date(s) debt was incurred  **02/01/2013**

Last 4 digits of account number  **2018**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,290.32** |
|---|---|---|---|

**Ronald P Giovannacci**
**32 Parsonage Lane**
**Topsfield, MA 01983**

Date(s) debt was incurred  **10/01/2013**

Last 4 digits of account number  **2033**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205,080.65** |
|---|---|---|---|

**Roy Hayward**
**116 Caldwell Farms**
**Newbury, MA 01922**

Date(s) debt was incurred  **08/01/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$702,032.26** |
|---|---|---|---|

**Rupert and/or Gail Annis**
**545 NEWBURYPORT TPK #28**
**Rowley, MA 01969**

Date(s) debt was incurred  **01/01/2017**

Last 4 digits of account number  **2017**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,260.08** |
|---|---|---|---|

**Ruth A Harris**
**76 HIGH ST**
**Amesbury, MA 01913**

Date(s) debt was incurred  **03/01/2012**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,651.48**

**Ruth A Harris**
76 HIGH ST
Amesbury, MA 01913

Date(s) debt was incurred  **11/01/2014**

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190,557.87**

**Sheila Burke**
33 INTREPID CIRCLE UNIT 107
Marblehead, MA 01945

Date(s) debt was incurred  **11/16/2012**

Last 4 digits of account number  **2006**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,290.32**

**Stephen E Pierce**
5018 Woody Creek Lane, VW #9
Carrabassett Valley, ME 04947

Date(s) debt was incurred  **03/08/2013**

Last 4 digits of account number  **2024**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,203.23**

**Steven Bartosik**
21 GATES RD
Middleton, MA 01949

Date(s) debt was incurred  **11/01/2018**

Last 4 digits of account number  **2018**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,642.09**

**Steven Harris**
5 ESSEX ST
Amesbury, MA 01913

Date(s) debt was incurred  **02/01/2020**

Last 4 digits of account number  **2121**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,447.58**

**Susan Lindh**
2 STAUNTON RD
Groveland, M 01834

Date(s) debt was incurred  **05/01/2014**

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,554.01**

**Terri Hawthorne**
97 BALDWIN RD
Warwick, RI 02886

Date(s) debt was incurred  **05/30/2017**

Last 4 digits of account number  **2068**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address

**Theresa M Follett**
**2414 Founders Way**
**Saugus, MA 01906**

Date(s) debt was incurred  **06/01/2016**

Last 4 digits of account number  **2067**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,145.16**

---

**3.100** | Nonpriority creditor's name and mailing address

**Thomas and Patricia Bettencourt**
**101 LAKE ST**
**Peabody, MA 01960**

Date(s) debt was incurred  **05/01/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$205,205.73**

---

**3.101** | Nonpriority creditor's name and mailing address

**Todd Pierce**
**7B McGowan Circle**
**Lake George, NY 12845**

Date(s) debt was incurred  **11/26/2012**

Last 4 digits of account number  **2007**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$250,725.81**

---

**3.102** | Nonpriority creditor's name and mailing address

**Valerie Harris**
**15 ALMENA WAY**
**Seabrook, NH 03874**

Date(s) debt was incurred  **03/01/2013**

Last 4 digits of account number  **2022**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,683.57**

---

**3.103** | Nonpriority creditor's name and mailing address

**Walsh Construction**
**545  NEWBURYPORT TPK #28**
**Rowley, MA 01969**

Date(s) debt was incurred  **11/01/2012**

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$300,903.22**

---

**3.104** | Nonpriority creditor's name and mailing address

**William Downey**
**72 Fairview Ave**
**Peabody, MA 01960**

Date(s) debt was incurred  **09/01/2017**

Last 4 digits of account number  **2085**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200,580.65**

---

**3.105** | Nonpriority creditor's name and mailing address

**William O'Connor**
**76 WASHINGTON ST**
**Topsfield, MA 01983**

Date(s) debt was incurred  **12/01/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$250,725.81**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com |

| Debtor | **Shamrock Finance LLC** | Case number (if known) | **21-10315-FJB** |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309,793.64 |
|---|---|---|---|

**William Savoie**
**12471 OAKBEND DR**
**Fort Myers, FL 33905**

Date(s) debt was incurred  03/01/2019

Last 4 digits of account number  2017

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cox Automotive, Inc.**<br>**Attn:  Legal Department**<br>**6205 Peachtree Dunwoody Road**<br>**Atlanta, GA 30328** | Line  **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Thomas G. Nicholson, Esq.**<br>**Finneran & Nicholson, P.C.**<br>**30 Green Street**<br>**Newburyport, MA 01950** | Line  **3.57**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 16,722,110.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,722,110.65 |

**Fill in this information to identify the case:**

Debtor name     **Shamrock Finance LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **21-10315-FJB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Auction Services Agreement** | |
| State the term remaining | **ADESA, Inc.** **Attn:  EVP of Fin. and Op. and VP Legal** **11299 N. Illinois Street** **Carmel, IN 46032** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Vehicle Valuation Service Agreement** | |
| State the term remaining | **CarFax** **16630 Collection Center Drive** **Chicago, IL 60693** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Hosting Agreement** | |
| State the term remaining **To July 10, 2021 - Renewable Annually** | **Cloud at Work** **575 Eighth Avenue** **New York, NY 10018** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **VINBasic Autos & Trucks Data Licensing Agreement** | |
| State the term remaining **8 months, renewable annually** | **DataOne Software, Division of Dominion** **Attn:  SLA Claims** **Suite 251C** **100 Cummings Center** **Beverly, MA 01915** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **Shamrock Finance LLC** | | | Case number *(if known)* | **21-10315-FJB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Shamrock Finance LLC Marketer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **David W. Pierce 7 Ridgeview Road Topsfield, MA 01983** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality and Non-Compete Agreement** | |
|---|---|---|---|
| | State the term remaining | | **David W. Pierce 7 Ridgeview Road Topsfield, MA 01983** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Devaney Auto Auction 9 Turnpike Rd Ipswich, MA 01938** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Health Insurance Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HSAinsurance 135 Wood Road Braintree, MA 02184** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Auction Floor Plan Administration Agreement dated May 20, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Manheim Remarketing, Inc. Attn:  Jill Marciniak 9005 Overlook Bouevard Brentwood, TN 37027** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Risk Assessment Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Microbilt 1640 Airport Rd Suite 115 Kennesaw, GA 30144** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Shamrock Finance LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-10315-FJB**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Office 365 Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Microsoft** |
| | List the contract number of any government contract | | **One Microsoft Way** **Redmond, WA 98052** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PayChex of New York LIC** **714 Brooks St.** **Ste. 120** |
| | List the contract number of any government contract | | **Rocy Hill, CT 06067** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting software- 3 licenses - annual renewal** | |
|---|---|---|---|
| | State the term remaining | | **Sage50** |
| | List the contract number of any government contract | | **271 17th Street Northwest** **Atlanta, GA 30363** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Tacoma Lease Account No. *R470** | |
|---|---|---|---|
| | State the term remaining | **TO Oct.13, 2021** | **Toyota Lease Trust** **c/o Toyota Motor Credit Corp.** |
| | List the contract number of any government contract | | **1000 Bridgeport Avenue** **Shelton, CT 06484** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Risk Assessment Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TransUnion Risk and Alternative Data Solutions, Inc.** |
| | List the contract number of any government contract | | **PO Box 209047** **Dallas, TX 75320** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | **Victoria J. Robbin** **9 Turnpike Rd** **Ipswich, MA 01938** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Shamrock Finance LLC** | | Case number *(if known)* | **21-10315-FJB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining          **At Will**

List the contract number of any
government contract          _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Shamrock Finance LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) __**21-10315-FJB**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Kevin Devaney** | **9 Turnpike Road Ipswich, MA 01938** | **Alfred Laustsen** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Kevin Devaney** | **9 Turnpike Road Ipswich, MA 01938** | **DJJD, Inc.** | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Kevin Devaney** | **9 Turnpike Road Ipswich, MA 01938** | **Lawrence Kaplan** | ■ D __2.40__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Kevin Devaney** | **9 Turnpike Road Ipswich, MA 01938** | **Leonard and Mary Bonafanti** | ■ D __2.42__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Kevin Devaney** | **9 Turnpike Road Ipswich, MA 01938** | **Stephanie Harris** | ■ D __2.62__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Ann Gill** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.7 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Benoit Brodeur** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.8 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Boyd Jackson** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.9 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Burke Family Trust,**<br>**Kevin P. Burke Trust** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.10 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Casey Mesina** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.11 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Charles D Whitten** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.12 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Charles Maihos** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.13 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Christine T Karaffa** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |

---

Official Form 206H

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Colette A Willis** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.15 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Damian  and Melanie Robert** | ☐ D ____<br>■ E/F __3.10__<br>☐ G ____ |
| 2.16 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Damian  and Melanie Robert** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |
| 2.17 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **David  Sutherland** | ☐ D ____<br>■ E/F __3.12__<br>☐ G ____ |
| 2.18 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Deborah Pierce** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |
| 2.19 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **DEREK DUGUAY** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.20 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Diana Lombard** | ☐ D ____<br>■ E/F __3.16__<br>☐ G ____ |
| 2.21 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Diane Dedam** | ☐ D ____<br>■ E/F __3.17__<br>☐ G ____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Dianne Yurkavich** | ☐ D _____<br>☐ E/F ___**3.18**___<br>☐ G _____ |
| 2.23 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Doug Laustsen** | ☐ D _____<br>☐ E/F ___**3.19**___<br>☐ G _____ |
| 2.24 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Edward & Gloria Jones** | ☐ D _____<br>☐ E/F ___**3.20**___<br>☐ G _____ |
| 2.25 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Edward Christine Roman** | ☐ D _____<br>☐ E/F ___**3.21**___<br>☐ G _____ |
| 2.26 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Estate of Leonard H. Kieley** | ☐ D _____<br>☐ E/F ___**3.22**___<br>☐ G _____ |
| 2.27 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Francis Devaney** | ☐ D _____<br>☐ E/F ___**3.23**___<br>☐ G _____ |
| 2.28 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Francis Green** | ☐ D _____<br>☐ E/F ___**3.25**___<br>☐ G _____ |
| 2.29 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Frank Foti** | ☐ D _____<br>☐ E/F ___**3.26**___<br>☐ G _____ |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Frank Foti** | ☐ D _____<br>■ E/F ___**3.27**___<br>☐ G _____ |
| 2.31 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gail Annis** | ☐ D _____<br>■ E/F ___**3.28**___<br>☐ G _____ |
| 2.32 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gary Duguay** | ☐ D _____<br>■ E/F ___**3.29**___<br>☐ G _____ |
| 2.33 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gary Duguay** | ☐ D _____<br>■ E/F ___**3.30**___<br>☐ G _____ |
| 2.34 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gary Duguay** | ☐ D _____<br>■ E/F ___**3.31**___<br>☐ G _____ |
| 2.35 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gregory Bartosik** | ☐ D _____<br>■ E/F ___**3.32**___<br>☐ G _____ |
| 2.36 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gregory Cole** | ☐ D _____<br>■ E/F ___**3.33**___<br>☐ G _____ |
| 2.37 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Gregory Watkins** | ☐ D _____<br>■ E/F ___**3.34**___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |
|---|---|---|---|

████ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.38 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Howard Klein** | ☐ D ____<br>■ E/F ___**3.35**___<br>☐ G ____ |
|---|---|---|---|---|
| 2.39 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Irma Lampert** | ☐ D ____<br>■ E/F ___**3.36**___<br>☐ G ____ |
| 2.40 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **James Coffin** | ☐ D ____<br>■ E/F ___**3.37**___<br>☐ G ____ |
| 2.41 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **James Lynch** | ☐ D ____<br>■ E/F ___**3.38**___<br>☐ G ____ |
| 2.42 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **James Tedford** | ☐ D ____<br>■ E/F ___**3.39**___<br>☐ G ____ |
| 2.43 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John Diller** | ☐ D ____<br>■ E/F ___**3.40**___<br>☐ G ____ |
| 2.44 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John F Reynolds** | ☐ D ____<br>■ E/F ___**3.41**___<br>☐ G ____ |
| 2.45 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D ____<br>■ E/F ___**3.42**___<br>☐ G ____ |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.43**<br>☐ G _____ |
| 2.47 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.44**<br>☐ G _____ |
| 2.48 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.45**<br>☐ G _____ |
| 2.49 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.46**<br>☐ G _____ |
| 2.50 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.47**<br>☐ G _____ |
| 2.51 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.48**<br>☐ G _____ |
| 2.52 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.49**<br>☐ G _____ |
| 2.53 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **John H Ellis JR** | ☐ D _____<br>■ E/F   **3.50**<br>☐ G _____ |

---

Official Form 206H

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **John H Ellis JR** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.55 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **John H Ellis JR** | ☐ D _____ ■ E/F __3.52__ ☐ G _____ |
| 2.56 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **John H Ellis JR** | ☐ D _____ ■ E/F __3.53__ ☐ G _____ |
| 2.57 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **John Morin** | ☐ D _____ ■ E/F __3.54__ ☐ G _____ |
| 2.58 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **K Diamond Builders LLC** | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.59 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Kathy F Pierce** | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.60 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Keith Andrew Harris** | ☐ D _____ ■ E/F __3.57__ ☐ G _____ |
| 2.61 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Kim  Sutherland** | ☐ D _____ ■ E/F __3.60__ ☐ G _____ |

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)*    **21-10315-FJB**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **Kevin Devaney** | 9 Turnpike Road | **Laurie T Cameron** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.61** |
| | | | | ☐ G _____ |
| 2.63 | **Kevin Devaney** | 9 Turnpike Road | **Lee A McNelly** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.62** |
| | | | | ☐ G _____ |
| 2.64 | **Kevin Devaney** | 9 Turnpike Road | **Leia Kaplan** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.63** |
| | | | | ☐ G _____ |
| 2.65 | **Kevin Devaney** | 9 Turnpike Road | **Liam Gill** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.64** |
| | | | | ☐ G _____ |
| 2.66 | **Kevin Devaney** | 9 Turnpike Road | **Mark & Elizabeth Joyce JTWROS** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.66** |
| | | | | ☐ G _____ |
| 2.67 | **Kevin Devaney** | 9 Turnpike Road | **Mark Harrington** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.67** |
| | | | | ☐ G _____ |
| 2.68 | **Kevin Devaney** | 9 Turnpike Road | **Marylene Devaney** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.68** |
| | | | | ☐ G _____ |
| 2.69 | **Kevin Devaney** | 9 Turnpike Road | **Maureen J Brodeur** | ☐ D _____ |
| | | Ipswich, MA 01938 | | ■ E/F  **3.69** |
| | | | | ☐ G _____ |

---

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pacific Premier Trust**<br>**Custodian FBO Dian** | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.71 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Paul Taylor** | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.72 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust**<br>**Company Custodian**<br>**FBO Kath** | ☐ D _____<br>■ E/F __3.72__<br>☐ G _____ |
| 2.73 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust**<br>**Company Custodian**<br>**FBO Chris** | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.74 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust**<br>**Company Custodian**<br>**FBO Edwar** | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |
| 2.75 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust**<br>**Company Custodian**<br>**FBO Edwar** | ☐ D _____<br>■ E/F __3.75__<br>☐ G _____ |
| 2.76 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust**<br>**Company Custodian**<br>**FBO Emily** | ☐ D _____<br>■ E/F __3.76__<br>☐ G _____ |
| 2.77 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust**<br>**Company Custodian**<br>**FBO Lawre** | ☐ D _____<br>■ E/F __3.77__<br>☐ G _____ |

---

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

---

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.78 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust Company Custodian FBO Sonja** | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |
| 2.79 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust Company Custodian FBO Terri** | ☐ D _____<br>■ E/F ___3.79___<br>☐ G _____ |
| 2.80 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Pensco Trust Company Custodian FBO Todd** | ☐ D _____<br>■ E/F ___3.80___<br>☐ G _____ |
| 2.81 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **PENSCO TRUST COMPANY FBO COLETTE A. WILL** | ☐ D _____<br>■ E/F ___3.81___<br>☐ G _____ |
| 2.82 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Philip Knowles** | ☐ D _____<br>■ E/F ___3.82___<br>☐ G _____ |
| 2.83 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Rina  Sutherland** | ☐ D _____<br>■ E/F ___3.83___<br>☐ G _____ |
| 2.84 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Robert Skeffington** | ☐ D _____<br>■ E/F ___3.84___<br>☐ G _____ |
| 2.85 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Rolanda Lee Sturtevant** | ☐ D _____<br>■ E/F ___3.85___<br>☐ G _____ |

Official Form 206H

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | | Case number *(if known)* | **21-10315-FJB** |

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.86 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Rolanda Lee**<br>**Sturtevant** | ☐ D _____<br>▮ E/F ___3.86___<br>☐ G _____ |
| 2.87 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Ronald J Pascucci** | ☐ D _____<br>▮ E/F ___3.87___<br>☐ G _____ |
| 2.88 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Ronald P**<br>**Giovannacci** | ☐ D _____<br>▮ E/F ___3.88___<br>☐ G _____ |
| 2.89 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Roy Hayward** | ☐ D _____<br>▮ E/F ___3.89___<br>☐ G _____ |
| 2.90 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Rupert and/or Gail**<br>**Annis** | ☐ D _____<br>▮ E/F ___3.90___<br>☐ G _____ |
| 2.91 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Ruth A Harris** | ☐ D _____<br>▮ E/F ___3.91___<br>☐ G _____ |
| 2.92 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Ruth A Harris** | ☐ D _____<br>▮ E/F ___3.92___<br>☐ G _____ |
| 2.93 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Sheila Burke** | ☐ D _____<br>▮ E/F ___3.93___<br>☐ G _____ |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Stephen E Pierce** | ☐ D _____<br>■ E/F ___3.94___<br>☐ G _____ |
| 2.95 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Steven Bartosik** | ☐ D _____<br>■ E/F ___3.95___<br>☐ G _____ |
| 2.96 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Steven Harris** | ☐ D _____<br>■ E/F ___3.96___<br>☐ G _____ |
| 2.97 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Susan Lindh** | ☐ D _____<br>■ E/F ___3.97___<br>☐ G _____ |
| 2.98 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Terri Hawthorne** | ☐ D _____<br>■ E/F ___3.98___<br>☐ G _____ |
| 2.99 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Theresa M Follett** | ☐ D _____<br>■ E/F ___3.99___<br>☐ G _____ |
| 2.100 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Thomas and Patricia Bettencourt** | ☐ D _____<br>■ E/F ___3.100___<br>☐ G _____ |
| 2.101 | **Kevin Devaney** | **9 Turnpike Road**<br>**Ipswich, MA 01938** | **Todd Pierce** | ☐ D _____<br>■ E/F ___3.101___<br>☐ G _____ |

| Debtor | **Shamrock Finance LLC** | | Case number *(if known)* | **21-10315-FJB** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.10 2 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Valerie Harris** | ☐ D _____ ▮ E/F __3.102__ ☐ G _____ |
| 2.10 3 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Walsh Construction** | ☐ D _____ ▮ E/F __3.103__ ☐ G _____ |
| 2.10 4 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **William Downey** | ☐ D _____ ▮ E/F __3.104__ ☐ G _____ |
| 2.10 5 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **William O'Connor** | ☐ D _____ ▮ E/F __3.105__ ☐ G _____ |
| 2.10 6 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **William Savoie** | ☐ D _____ ▮ E/F __3.106__ ☐ G _____ |
| 2.10 7 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Francis Devaney** | ☐ D _____ ▮ E/F __3.24__ ☐ G _____ |
| 2.10 8 | **Kevin Devaney** 9 Turnpike Road Ipswich, MA 01938 | **Toyota Lease Trust** | ☐ D _____ ☐ E/F _____ ▮ G __2.14__ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shamrock Finance LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **21-10315-FJB** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$429,515.37** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$2,138,773.59** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,200,608.18** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)* **21-10315-FJB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **Christine Roman**<br>**2 Great Hill Drive**<br>**Topsfield, MA 01983** | **12/31/20**<br>**2/1/21 3/1/21** | **$9,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **Christine T Karaffa**<br>**225A Fallon Road**<br>**Apt. 218**<br>**Stoneham, MA 02180** | **12/31/20**<br>**2/1/21 3/1/21** | **$9,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **David Pierce**<br>**7 Ridgeview Road**<br>**Topsfield, MA 01983** | **12/31/20** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.4.** **Francis Green**<br>**PO Box 488**<br>**West Newbury, MA 01985** | **1/5/21 2/1/21**<br>**3/1/21** | **$10,125.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.5.** **James J McNulty**<br>**40 Court Street**<br>**Boston, MA 02108** | **12/14/20**<br>**12/28/20**<br>**2/12/21**<br>**2/25/21**<br>**3/8/21**<br>**3/12/21** | **$51,782.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.6.** **JEFFREY D. STERNKLAR LLC**<br>**19th Floor**<br>**101 Federal Street**<br>**Boston, MA 02110** | **1/11/21**<br>**2/8/21**<br>**2/12/21**<br>**2/24/21**<br>**2/26/21**<br>**3/4/21 3/5/21**<br>**3/12/21**<br>**3/12/21**<br>**3/12/21** | **$130,418.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.7.** **John H Ellis JR**<br>**178 Lowell Street**<br>**Peabody, MA 01960** | **12/31/20**<br>**2/8/21 3/1/21** | **$52,500.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* **21-10315-FJB** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.<br>**Kathy F Pierce**<br>**7 Ridgeview Road**<br>**Topsfield, MA 01983** | **12/31/20**<br>**2/1/21 3/1/21** | **$15,750.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.<br>**Laurie T Cameron**<br>**64 Town Farm Road**<br>**Ipswich, MA 01938** | **12/31/20**<br>**2/1/21 3/1/21** | **$8,655.57** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>.<br>**Lawrence P Kaplan**<br>**16 Douglas Ave**<br>**Wilmington, MA 01887** | **12/31/20**<br>**2/1/21 3/2/21** | **$17,625.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11<br>.<br>**Lee Sturtevant**<br>**PO Box 1522**<br>**Manchester, MA 01944** | **2/12/21** | **$25,529.21** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12<br>.<br>**MID MANAGEMENT GRP INC**<br>**8 Cabot Road**<br>**Suite 1900**<br>**Woburn, MA 01801** | **12/21/20**<br>**12/30/20**<br>**1/13/21**<br>**1/13/21**<br>**1/21/21**<br>**1/25/21**<br>**2/2/21 3/8/21**<br>**3/10/21**<br>**3/12/21**<br>**3/12/21** | **$77,875.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.13<br>.<br>**PENSCO TRUST COMPANY FBO**<br>**COLETTE WILLIS**<br>**560 Mission Street**<br>**Suite 1300**<br>**San Francisco, CA 94105** | **1/4/21 2/3/21**<br>**3/3/21** | **$8,215.23** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14<br>.<br>**Rupert Annis**<br>**545 Newburyport Tpk. #28**<br>**Rowley, MA 01969** | **12/31/20**<br>**2/1/21 3/2/21** | **$15,875.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Shamrock Finance LLC**                                          Case number *(if known)* **21-10315-FJB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.15. **VERDOLINO & LOWEY PC** Pine Brook Office Park 124 Washington Street Foxboro, MA 02035 | 3/11/21 3/11/21 | $54,217.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other__ |
| 3.16. **Walsh Construction** 545 Newburyport Tpk. #28 Rowley, MA 01969 | 12/31/20 2/11/21 3/2/21 | $6,999.99 | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Devaney Auto Auction** 9 Turnpike Rd Ipswich, MA 01938 Affiliated through common ownership | 1/1/2021 2/1/2021 3/1/2021 | $8,000.00 | **Rent and Utilities** |
| 4.2. **Department of Auction Services** 154 Highland Ave Arlington, MA 02476 Creditor of entity affiliated through common ownership | 2/7/2020 2/27/2020 3/3/2020 3/12/2020 5/31/2020 5/31/2020 5/31/2020 8/25/2020 9/2/2020 10/1/2020 10/13/2020 10/27/2020 | $14,616.00 | **Auction Service Fees - Devaney Auto Action** |
| 4.3. **Auction Edge** PO Box 560 Spokane, WA 99210 Creditor of entity affiliated through common ownership | 11/30/2020 | $2,786.00 | **Hosted Software-Devaney Auto Auction** |
| 4.4. **IPFS** PO Box 32144 New York, NY 10087 Creditor of entity affiliated through common ownership | 11/30/2020 11/30/2020 | $1,336.82 | **Insurance-Devaney Auto Auction** |
| 4.5. **James Price Inc** 5 Turnpike Rd Ipswich, MA 01938 Creditor of entity affiliated through common ownership | 1/4/2021 | $2,522.50 | **Rent** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* **21-10315-FJB** |
| --- | --- | --- |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.6. | **National Grid**<br>**PO Box 11735**<br>**Newark, NJ 07101**<br>**Creditor of entity affiliated through**<br>**common ownership** | **11/30/2020** | **$70.56** | **Gas bill-Devaney Auto Auction** |
| 4.7. | **Town of Ipswich**<br>**272 High Street**<br>**Ipswich, MA 01938**<br>**Creditor of entity affiliated through**<br>**common ownership** | **11/30/2020**<br>**11/30/2020** | **$545.82** | **Electric bill-Devaney Auto**<br>**Auction** |
| 4.8. | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212**<br>**Creditor of entity affiliated through**<br>**common ownership** | **11/30/2020** | **$263.48** | **Phone/internet-Devaney Auto**<br>**Auction** |
| 4.9. | **HONDA FINANCIAL SVCS**<br>**PO Box 7829**<br>**Philadelphia, PA 19101-7829**<br>**Kevin Devaney personal guaranty** | **4/7/2020**<br>**5/7/2020**<br>**6/9/2020**<br>**7/7/2020**<br>**8/7/2020**<br>**9/9/2020**<br>**10/7/2020**<br>**11/7/2020**<br>**12/7/2020**<br>**1/7/2021**<br>**2/7/2021**<br>**3/7/2021** | **$2,603.04** | **AUTO LEASE -  Personal**<br>**Guaranty** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
| --- | --- | --- | --- |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                              Case number *(if known)*    **21-10315-FJB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Route 38 Motors LLC**<br>**2077CV01197** | **Default 55a - Pending Hearing for Default Judgment 55b2** | **Essex Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Robert Giuliano LLC**<br>**2077CV01002** | **Default 55a - Pending Hearing for Default Judgment 55b2** | **Essex Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Jaber Brothers Incorporated**<br>**1577CV0112** | **Balance Due on Execution** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Cyber Motors Inc**<br>**1577CV00378** | **Default Judgment** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Southern Auto (Broderick)**<br>**1577CV01321** | **Stayed - Collecting out of NH Bankruptcy Settlement** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Laurel Hill Auto Sales**<br>**1577CV01587** | **Settled & Fully Paid** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **McEwan, Maria**<br>**1677CV00223** | **Stayed Bankruptcy - Discharged** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **MPX Auto Group**<br>**1677CV01307** | **Default Judgment - Execution Issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Boston Auto Brokers**<br>**1677CV01729** | **AFJ & Execution issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Savic Auto Brokers**<br>**1777CV00215** | **AFJ & Execution issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | **Santo Domingo**<br>**1777CV00303** | **MSJ Allowed.** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **FMS Auto Sales**<br>**1777CV00865** | **Default Judgment - Requesting Execution - in process** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Shamrock Finance LLC**

Case number *(if known)*    **21-10315-FJB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13. | **Main Auto Mall (Deolivera)**<br>**1777CV01357** | **Default Judgment - Execution Issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Tanner, Jason**<br>**1877CV01895** | **Default Judgment - Execution Issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **JTS Auto & Truck**<br>**1977CV00118** | **AFJ - Payments being made thereunder** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16. | **Mejia, Renzo**<br>**1977CV00119** | **Discharged in BKTY - Mortgage still on Property** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. | **Family Auto Mall**<br>**1977CV00901** | **Default Judgment - Execution Issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Alpha Motors LLC**<br>**1977CV00949** | **Default Judgment - Execution Issued** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.19. | **Hameideh Group LLC**<br>**2077CV00132** | **Filed - to be dismissed without prejduce and refile in CT** | **Essex Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **New To You Auto Sales**<br>**2077CV00263** | **Principal discharged in BKTY - to subpoena banks then DJ** | **Essex Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Eastern Sales et al**<br>**2077CV00694** | **Settlement breakdown - Discovery sent to opposing counsel** | **Essex Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Jonah Motors**<br>**1784CV03458** | **9a Motion & for Execution 1 year elapsed - Pending** | **Suffolk Superior (BLS)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Source One Financial**<br>**2084CV00702** | **Pending Final Judgment entered by Clerk - To be Appealed** | **Suffolk Superior (BLS)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Hot Rides**<br>**1936CV000029** | **Default 55a - Request for Default Judgment to be filed** | **Salem District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**

Case number *(if known)*  **21-10315-FJB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.25. | **DKING**<br>**1936CV000799** | **Fully collected after sale of real estate** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Paul St. Louis**<br>**1536CV000885** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.27. | **Anytime Automobile**<br>**1536CV000991** | **Fully paid per Settlement Agreement** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.28. | **Wensel Hobson, James**<br>**1636CV000182** | **AFJ - Payments being made thereunder** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.29. | **E&R Motors**<br>**1636CV000203** | **Pending on the docket…some settlement discussion** | **Salem District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Laureano, Edenval et al**<br>**1736CV000391** | **AFJ - Payments made in full** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **Whipout Auto**<br>**1836CV000010** | **Execution recently recorded on real property** | **Salem District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Cavuoto, Angelo**<br>**1836CV000071** | **Stayed for Chapter 13 BKTY filed by Defendant** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.33. | **McGowan, Kenneth**<br>**1836CV000150** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **Hot Wheels**<br>**1836CV000308** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **Sabet, Wally**<br>**1836CV000474** | **Discharged in BKTY - no suggestion filed by defendant** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.36. | **Thomas, Stephen**<br>**1836CV000506** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Shamrock Finance LLC**                                      Case number *(if known)*  **21-10315-FJB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.37. | **W & D Auto Sales**<br>**1836CV000754** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.38. | **NH Select Truck-Auto**<br>**1836CV000755** | **Voluntarily Dismissed - Balance Paid in Full** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.39. | **Martins, Paulo**<br>**1836CV000854** | **Defaul Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.40. | **Brevik Auto Sales**<br>**1936CV000050** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.41. | **Sulejmanovic, Adnan**<br>**1936SP000006** | **Supplementary Process filed** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.42. | **Savic, Gordon**<br>**1936SP000007** | **Supplementary Process filed** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.43. | **Hot Wheels (Michal Micheal)**<br>**1936SP000008** | **Supplementary Process filed** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.44. | **Roslindale Auto Sales**<br>**2036CV000172** | **Default 55a - drafting Default Judgment 55b request** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.45. | **Roxbury Motors**<br>**2036CV000379** | **Need to serve subpoena again on Banks** | **Salem District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | **Oval Motors**<br>**2036CV000422** | **Request for Defaul Judgment filed** | **Salem District Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | **Garefalakis**<br>**1836CV000008** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | **Kay Auto Sales**<br>**1836CV000029** | **Default Judgment & Execution issued** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)*   **21-10315-FJB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.49. | **Vrankic, Miran**<br>**1836CV000749** | **Default 55a - Lis Pendens - Pending AFJ for Payment & Mortgage** | **Salem District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | **All Wheels**<br>**1836CV000363** | **Discharged in BKTY** | **Salem District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.51. | **Green Light Auto**<br>**2140CV000011** | **Service made on individual - pending Answer** | **Ipswich District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | **Commonwealth Auto**<br>**2040CV000057** | **AFJ - pending Payment** | **Ipswich District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.53. | **JGS Auto Sales**<br>**2040CV000058** | **AFJ - pending Payments** | **Ipswich District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.54. | **Allard, Kristin**<br>**BK No. 18-10820 (Ch 7)** | **Settled - Pending dividend from Trustee's AP** | **RI Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.55. | **Cavuoto, Angelo**<br>**BK No. 18-12622 (Ch 13)** | **Pending Payments per Plan** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.56. | **Joan M. Figuereo-Castillo**<br>**BK No. 18-14276 (Ch 7)** | **Underlying Action to Adversary Proceeding** | **MA Bankruptcy Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.57. | **Joan M. Figuereo-Castillo**<br>**AP No. 19-01014** | **Settlement Agreement - pending payments** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.58. | **Yeskevicz, Philip (Kay Auto)**<br>**BK No. 19-41323** | **Discharged** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.59. | **Vasques, Edgard**<br>**BK No. 16-10026** | **Underlying Action to Adversary Proceeding** | **MA Bankruptcy Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.60. | **Vasques, Edgard**<br>**AP No. 16-01077** | **Settled - Pending Payments** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**

Case number *(if known)*    **21-10315-FJB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.61. | **Mejia, Renzo**<br>**BK No. 19-41796** | **Discharged** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.62. | **Arias, Edgar (NTY/Roxbury)**<br>**BK No. 20-40394** | **Discharged** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.63. | **Tremblay, Roland (All Wheels)**<br>**BK No. 19-40372** | **Discharged** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.64. | **Rodriguez, Romulo**<br>**BK No. 15-12640** | **Closed - Settled with Trustee re: Source One assignment** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.65. | **Vrankic, Miran & Dragana**<br>**BK No. 16-10394** | **Default Judgment entered** | **MA Bankruptcy Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.66. | **Shamrock Finance (Plaintiff-in-counterclaim)**<br>**1858CV000395** | **Court Ordered Mediation scheduled for March 18, 2021** | **Hingham District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.67. | **Shamrock Finance (Plaintiff-in-counterclaim)**<br>**1858CV000396** | **Court Ordered Mediation scheduled for March 18, 2021** | **Hingham District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.68. | **Shamrock Finance (Co-Defendant / Dealer - Edouard Samedi d/b/a Twin Motorsport)**<br>**2006SC000535EF** | **Small Claims - Plaintiff Alexandrine Policar - Dismissed - Hearing held on October 8, 2020** | **BMC West Roxbury** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.69. | **Dalvin Martinez**<br>**2077CV00932** | **Wage Garnishment against principal of W&D Auto Sales (See, Row 38) Trustee Answered; DAH Cancelled** | **Essex Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.70. | **Brevik Auto Sales, Inc. et al**<br>**2062CV001119** | **Wage Garnishment against principal of Brevik Auto Slaes (See, Row 41)** | **Worcester District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)*  **21-10315-FJB**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.71. | **Michael Digloria, et al 217-2021-CV-9** | **MSJ v. principal of Allenstown Auto Sales LLC** | **Merrimack (NH) Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.72. | **Allenstown Auto Sales LLC 19-11606-BAH** | **Bankruptcy Case Closed - 10/20/2020** | **US Bankrutpcy Court (NH)** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.73. | **Broderick, Patrick 15-11666-BAH** | **Discharge - 1-26-2016 (Payments being made per settlement)** | **US Bankrutpcy Court (NH)** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.74. | **Shamrock Finance (Plaintiff - Michael Sheskey) 2058SC000453** | **SC Hearing scheduled on April 30, 2021 at 10:30 AM** | **Hingham District Court** | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Shamrock Finance LLC**                                                    Case number *(if known)* **21-10315-FJB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey D. Sternklar LLC**<br>**19th Floor**<br>**101 Federal Street**<br>**Boston, MA 02110** | | **12/31/2020** | **$900.00** |
| | Email or website address<br>**jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Jeffrey D. Sternklar LLC**<br>**19th Floor**<br>**101 Federal Street**<br>**Boston, MA 02110** | | **1/31/2021** | **$3,510.00** |
| | Email or website address<br>**jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Jeffrey D. Sternklar LLC**<br>**19th Floor**<br>**101 Federal Street**<br>**Boston, MA 02110** | | **2/12/2021** | **$25,000.00** |
| | Email or website address<br>**jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Jeffrey D. Sternklar LLC**<br>**19th Floor**<br>**101 Federal Street**<br>**Boston, MA 02110** | | **2/24/2021** | **$25,000.00** |
| | Email or website address<br>**jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Jeffrey D. Sternklar LLC**<br>**19th Floor**<br>**101 Federal Street**<br>**Boston, MA 02110** | | **2/26/2021** | **$25,000.00** |
| | Email or website address<br>**jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Shamrock Finance LLC**                                    Case number *(if known)* **21-10315-FJB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | **Jeffrey D. Sternklar LLC** **19th Floor** **101 Federal Street** **Boston, MA 02110** | | **2/28/2021** | **$11,625.00** |
| | Email or website address **jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.7. | **Jeffrey D. Sternklar LLC** **19th Floor** **101 Federal Street** **Boston, MA 02110** | | **3/5/2021** | **$25,000.00** |
| | Email or website address **jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.8. | **Jeffrey D. Sternklar LLC** **19th Floor** **101 Federal Streeet** **Boston, MA 02110** | | **3/12/2021** | **$12,645.00** |
| | Email or website address **jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.9. | **Jeffrey D. Sternklar LLC** **19th Floor** **101 Federal Street** **Boston, MA 02110** | | **3/12/2021** | **$1,167.00** |
| | Email or website address **jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.10. | **Jeffrey D. Sternklar LLC** **19th Floor** **101 Federal Street** **Boston, MA 02110** | | **3/12/2021** | **$571.00** |
| | Email or website address **jeffrey@sternklarlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* | **21-10315-FJB** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.11. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **12/4/2020** | **$2,700.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.12. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **12/11/2020** | **$15,000.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.13. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **12/18/2020** | **$4,500.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.14. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **12/24/2020** | **$2,937.50** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                              Case number *(if known)*   **21-10315-FJB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.15. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **1/8/2021** | **$4,437.50** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.16. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **1/1/2021** | **$2,750.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.17. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **1/15/2021** | **$5,375.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.18. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **1/22/2021** | **$4,000.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)*  **21-10315-FJB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.19. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **1/29/2021** | **$1,875.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.20. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **3/5/2021** | **$1,875.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.21. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **2/26/2021** | **$2,500.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.22. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **3/12/2021** | **$6,125.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | **Shamrock Finance LLC** | Case number *(if known)* **21-10315-FJB** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.23. | **Mid-Market Management Group** **8 Cabot Road** **Suite 1900** **Woburn, MA 01801** | | **3/12/2021** | **$41,500.00** |
| | **Email or website address** **jpicano@m-mmg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.24. | **Verdolino & Lowey** **Pine Brook Office Park** **124 Washington Street** **Foxboro, MA 02035** | | **3/11/2021** | **$42,000.00** |
| | **Email or website address** **Cjalbert@vlpc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.25. | **Verdolino & Lowey** **Pine Brook Office Park** **124 Washington Street** **Foxboro, MA 02035** | | **3/11/2021** | **$8,000.00** |
| | **Email or website address** **Cjalbert@vlpc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Shamrock Finance LLC**                                                  Case number *(if known)*  **21-10315-FJB**

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **9 TURNPIKE ROAD<br>IPSWICH, MA 01938** | **From 2019 to Current** |
| 14.2. | **116 TOPSFIELD RD<br>WENHAM, MA 01984** | **From 2008 to 2019** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Names, addresses, phone numbers, emails, copy of Drivers License,
Social security numbers, Bank account and routing numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)* **21-10315-FJB**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Newbury Self Storage US 1 131 Newburyport Turnpike Newbury, MA 01951** | **Kevin Devaney 126 Merrimac St #12 Newburyport MA 01950** | **Old paperwork, receipts, files** | ☐ No ■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Empire Auto Sales 1873 Washington Street Stoughton, MA 02072** | **Devaney Auto Auction 9 Turnpike Rd IPSWICH, MA 01938** | **2006 AUDI A6 WAUDH74F16N160186** | **$300.00** |
| **AUTO EXPRESS 95 Washington Street Foxboro, MA 02035** | **Devaney Auto Auction 9 Turnpike Rd IPSWICH, MA 01938** | **2014 NISSAN SENTRA 3N1AB7AP4EY332297** | **$5,131.00** |
| **AUTO EXPRESS 95 Washington Street Foxboro, MA 02035** | **Devaney Auto Auction 9 Turnpike Rd IPSWICH, MA 01938** | **2011 DODGE CALIBER 1B3CB3HA9BD257211** | **$3,163.00** |
| **AUTO EXPRESS 95 Washington Street Foxboro, MA 02035** | **Devaney Auto Auction 9 Turnpike Rd IPSWICH, MA 01938** | **2010 ACURA TL 19UUA9F2XAA008275** | **$5,731.00** |
| **AUTO EXPRESS 95 Washington Street Foxboro, MA 02035** | **Devaney Auto Auction 9 Turnpike Rd IPSWICH, MA 01938** | **2007 VW JETTA 3VWEG71K87M056802** | **$2,062.00** |
| **AUTO EXPRESS 95 Washington Street Foxboro, MA 02035** | **Devaney Auto Auction 9 Turnpike Rd IPSWICH, MA 01938** | **2006 BMW X3 WBXPA93486WD29460** | **$2,759.00** |

Debtor    **Shamrock Finance LLC**                                                  Case number *(if known)* **21-10315-FJB**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BOSTON MOTORS INC**<br>**47 Mystic Street**<br>**Everett, MA 02149** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2004 INFINITI QX56**<br>**5N3AA08C94N808956** | **$2,970.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BOSTON MOTORS INC**<br>**47 Mystic Street**<br>**Everett, MA 02149** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2014 MITSUBISHI LANCER**<br>**JA32U2FU4EU019913** | **$3,328.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BOSTON MOTORS INC**<br>**47 Mystic Street**<br>**Everett, MA 02149** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2011 DODGE G.CARAVAN**<br>**2D4RN3DG9BR719387** | **$1,326.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BOSTON MOTORS INC**<br>**47 Mystic Street**<br>**Everett, MA 02149** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2010 DODGE G.CARAVAN**<br>**2D4RN4DEXAR331328** | **$2,147.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **BOSTON MOTORS INC**<br>**47 Mystic Street**<br>**Everett, MA 02149** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2010 DODGE G.CARAVAN**<br>**2D4RN4DE1AR164826** | **$1,220.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **EASTERN SALES- Moises**<br>**153 Ferry Street**<br>**Everett, MA 02149** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2008 HYUNDAI SANTA FE**<br>**5NMSG73D68H136141** | **$3,101.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIND MY CAR**<br>**519 S. Union Street**<br>**Lawrence, MA 01843** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2008 NISSAN ALTIMA**<br>**1N4BL24E68C107300** | **$1,325.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIND MY CAR**<br>**519 S. Union Street**<br>**Lawrence, MA 01843** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2003 TOYOTA MATIX**<br>**2T1KR32E33C084902** | **$1,295.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIND MY CAR**<br>**519 S. Union Street**<br>**Lawrence, MA 01843** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2008 SATURN VUE**<br>**3GSCL93Z08S705652** | **$464.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIND MY CAR**<br>**519 S. Union Street**<br>**Lawrence, MA 01843** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2008 ACURA MDX**<br>**2HNYD28678H551703** | **$4,260.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIND MY CAR**<br>**519 S. Union Street**<br>**Lawrence, MA 01843** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2010 FORD  FLEX**<br>**2FMGK5BC2ABA79602** | **$2,335.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FIND MY CAR**<br>**519 S. Union Street**<br>**Lawrence, MA 01843** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2013 KIA OPTIMA**<br>**5XXGM4A73DG257700** | **$3,890.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                          Case number *(if known)* **21-10315-FJB**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **INTERSTATE**<br>**20 Hampshire Road**<br>**Salem, NH 03079** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2007 PONTIAC GRAND PRIX**<br>2G2WP552571213073 | $625.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JR AUTO SALES**<br>**735 Broadway**<br>**Melrose, MA 02176** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2007 CADILLAC CTS**<br>1G6DP577770108268 | $1,980.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JR AUTO SALES**<br>**735 Broadway**<br>**Melrose, MA 02176** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2007 CADILLAC DTS DTS**<br>1G6KD57Y07U2270006 | $2,658.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JR AUTO SALES**<br>**735 Broadway**<br>**Melrose, MA 02176** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2004 CHVROLET TAHOE**<br>1GNEK13T84J139649 | $1,770.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JR AUTO SALES**<br>**735 Broadway**<br>**Melrose, MA 02176** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2008 CADILLAC STS**<br>1G6DW67V280101494 | $3,344.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **JR AUTO SALES**<br>**735 Broadway**<br>**Melrose, MA 02176** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2006 NISSAN MURANO**<br>JN8AZ08W86W521173 | $2,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **LAJOYA**<br>**1420 North Shore Road**<br>**Revere, MA 02151** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2009 MITSUBISHI**<br>**OUTLANDER**<br>JA4LT31W19Z008636 | $2,741.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **PLATINUM**<br>**1528 Middlesex Street**<br>**Lowell, MA 01851** | **Everett Used Cars**<br>**70 Chelsea St.**<br>**Everett, MA 02149** | **2016 NISSAN ROGUE**<br>KNMAT2MV2GP540046 | $13,376.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **CUSTOMER FIRST**<br>**1148 Davol Street**<br>**Fall River, MA 02720** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2007 FORD ESCAPE**<br>1FMCU94197KA01635 | $2,792.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **READING AUTO EXCHANGE**<br>**4 Minot Street**<br>**Reading, MA 01867** | **Devaney Auto Auction**<br>**9 Turnpike Rd**<br>**IPSWICH, MA 01938** | **2007 TOYOTA CAMRY**<br>4T1BK46K47U503483 | $3,477.00 |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Shamrock Finance LLC** | Case number *(if known)*   **21-10315-FJB** |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Victoria J. Robbin 9 Turnpike Rd Ipswich, MA 01938** | **Since June 2020** |
| 26a.2. | **Keith Harris, CPA 8 Central St. Topsfield, MA 01983** | **2005-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Keith Harris, CPA 8 Central St. Topsfield, MA 01983** | **2005-2020** |

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)* **21-10315-FJB**

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **David W. Pierce, CPA**<br>**7 Ridgeview Road**<br>**Topsfield, MA 01983** | **2005-2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Victoria J. Robbin**<br>**9 Turnpike Rd**<br>**Ipswich, MA 01938** | |
| 26c.2.  **Keith Harris, CPA**<br>**8 Central St.**<br>**Topsfield, MA 01983** | |
| 26c.3.  **Kevin Devaney**<br>**126 Merrimac St #12**<br>**Newburyport, MA 01950** | |
| 26c.4.  **Verdolino & Lowey**<br>**124 Washington St**<br>**Foxboro, MA 02035** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **Leader Bank**<br>**48 Northern Ave**<br>**Boston, MA 02210** | |
| 26d.2.  **Verdolino & Lowey**<br>**124 Washington St**<br>**Foxboro, MA 02035** | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Victoria J. Robbin** | **Various** | **Various** |

| Name and address of the person who has possession of inventory records |
|---|
| **Victoria J. Robbin**<br>**9 Turnpike Rd**<br>**Ipswich, MA 01938** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                          Case number *(if known)*  **21-10315-FJB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Devaney | 126 Merrimac St #12<br>Newburyport, MA 01950 | Sole Member and Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Kevin Devaney<br>126 Merrimac St #12<br>Newburyport, MA 01950 | $25,000.00 | 2/4/2021 | Member Loan |
| | Relationship to debtor<br>Sole Member and Manager | | | |
| 30.2. | Kevin Devaney<br>126 Merrimac St #12<br>Newburyport, MA 01950 | $108,000.00 | last 12 months | Salary |
| | Relationship to debtor<br>Sole Member and Manager | | | |
| 30.3. | Kevin Devaney<br>126 Merrimac St #12<br>Newburyport, MA 01950 | $8,070.60 | last 12 months | Health Benefits - HSAinsurance Employee Health Insurance Service Agreement |
| | Relationship to debtor<br>Sole Member and Manager | | | |
| 30.4. | Kevin Devaney<br>126 Merrimac St #12<br>Newburyport, MA 01950 | $2,603.04 | last 12 months | AUTO LEASE - HONDA FINANCIAL SVCS Personnal Guaranty |
| | Relationship to debtor<br>Sole Member and Manager | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Shamrock Finance LLC**                                    Case number *(if known)*    **21-10315-FJB**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | Kevin Devaney<br>126 Merrimac St #12<br>Newburyport, MA 01950<br><br>**Relationship to debtor**<br>Sole Member and Manager | $5,503.62 | last 12 months | Auto lease - Toyota Motor Credit Corp. Tacoma Lease Account No. *R470 |
| 30.6. | Kevin Devaney<br>126 Merrimac St #12<br>Newburyport, MA 01950<br><br>**Relationship to debtor**<br>Sole Member and Manager | $5,277.31 | last 12 months | Mercedes-Benz financial services - Auto Lease for car used by Marylene Devaney returned to lessor on January 27, 2021. |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2021**

**/s/ Kevin Devaney**                                    **Kevin Devaney**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes