UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

SHAMROCK FINANCE, LLC

**Chapter 11**
**Case No:** 21-10315-FJB

Debtor

NOTICE OF APPEARANCE

Pursuant to United States Bankruptcy Rules of Procedure and MLBR, Colette Willis, a creditor in the above noted bankruptcy proceeding, hereby requests that all matters which must be noticed to creditors, any creditor's committees, and any other party of interest as defined in the Bankruptcy Rules of Procedure and the Local Rules, whether sent by the Court, the Debtor or any other party in this case, be sent to the undersigned counsel, and further undersigned counsel be added to the Court's master mailing matrix.

Dated: April 1, 2021                         Colette Willis,
                                             By her Attorney


                                             __/s/ Kirk P. Rothemich_____
                                             Kirk P. Rothemich, Esq.
                                             10 Federal Street
                                             Suite 403
                                             Salem, Massachusetts 01970
                                             (617) 227-2755
                                             BBO#558292

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

SHAMROCK FINANCE, LLC

**Chapter 11**
**Case No:** 21-10315-FJB

Debtor

CERTIFICATE OF SERVICE

    I, Kirk P. Rothemich, hereby certify that I have caused a copy of the attached Notice of Appearance to be served via Electronic Mail, to the following this 1st day of April, 2021:

Jeffrey D. Sternklar, Esq.
Debtor's Counsel

John Fitzgerald, Esq.
Assistant U.S. Trustee

Eric K. Bradford, Esq.
Counsel to US Trustee

    /s/ Kirk P. Rothemich_____
    Kirk P. Rothemich