**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>SHAMROCK FINANCE LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10315-JEB |

## MOTION FOR FINAL DECREE

Peter Armanetti, the liquidating trustee and plan administrator (the "**Liquidating Trustee**") of Shamrock Finance LLC (the "**Debtor**"), by and through his undersigned counsel and pursuant to M.L.B.R. 3022-1, hereby moves for entry of a final decree in this Chapter 11 case. The *First Amended Chapter 11 Plan of Reorganization* [docket no. 446] (the "**Joint Plan**") has been confirmed, the Liquidating Trustee has made distributions to creditors in accordance with the Joint Plan, and all of the matters requiring administration have been resolved. In further support of his request for a final decree, the Liquidating Trustee states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

3.      The Debtor operated as an automobile inventory "floor plan" lender that provided floorplan financing to independent car dealerships in the New England area.

4.      On March 12, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of 11 U.S.C. §§ 101, *et seq*. commencing a chapter 11 adversary case

1

captioned as *In re Shamrock Finance LLC*, ch. 11 case no. 21-10315 (the "**Chapter 11 Case**").

5.  On the Petition Date, all or substantially all of the Unsecured Claims[1] asserted against the Debtor consisted of claims by individuals and entities

6.  After completing a sale of the Debtor's active, performing loans with certain car dealerships and certain related assets, on July 25, 2022, the Debtor and the Official Committee of Unsecured Creditors filed the Joint Plan. On September 19, 2022, the Court entered an order confirming the Joint Plan [docket no. 485] (the "**Confirmation Order**"). The Joint Plan became effective on October 4, 2022. Among other things, the Joint Plan confers upon the Liquidating Trustee the authority to prepare and file a motion seeking a final decree in the Debtor's Chapter 11 Case.

### The Liquidating Trustee Has Substantially Consummated the Plan and the Debtor's Chapter 11 Case Should Be Closed

7.  The Joint Plan has been substantially consummated pursuant to 11 U.S.C. §1101 by (a) the appointment of the Liquidating Trustee pursuant to Sections 5.1 and 7.1 of the Joint Plan, (b) the resolution of disputed Claims by the Liquidating Trustee pursuant to Sections 6.2, 6.3, and 7.3 of the Joint Plan, and (c) the distributions made by the Liquidating Trustee to holders of Allowed Claims under Articles IV and VI of the Joint Plan as further described below.

8.  The Joint Plan contains seven (7) classes of Claims and Interests, providing for the following treatment:

| CLASS | DESIGNATION | TREATMENT |
|---|---|---|
| Class 1 | Priority Claims | Payment in full as soon as practicable after the Effective Date. |

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Joint Plan.

| Class 2 | DJJD, Inc. Secured Claims | Payment as soon as is practicable after entry of a Final Order in the DJJD Adversary Proceeding allowing such Claim. |
|---|---|---|
| Class 3 | Miscellaneous Secured Claims | Payment in full as soon as practicable after entry of a Final Order allowing such Claim. |
| Class 4 | Non-Participating Noteholder Claims | *Pro rata* share of beneficial interest in the Liquidating Trust of Shamrock Finance LLC as soon as reasonably practicable after the Effective Date or the date such Claim becomes Allowed. |
| Class 5 | Participating Noteholder Claims | *Pro rata* share of beneficial interest in the Liquidating Trust of Shamrock Finance LLC as soon as reasonably practicable after the Effective Date or the date such Claim becomes Allowed, *plus* a *pro rata* share of the Net Participating Noteholder Cause of Action Proceeds. |
| Class 6 | Other Unsecured Claims | *Pro rata* share of beneficial interest in the Liquidating Trust of Shamrock Finance LLC as soon as reasonably practicable after the Effective Date or the date such Claim becomes Allowed. |
| Class 7 | Equity Interest | Retained. |

9.  The Liquidating Trustee has paid all Allowed Administrative Expense Claims including court-authorized professional compensation and costs as evidenced by the attached <u>Exhibit A</u> listing the names, addresses and amounts paid to each such recipient.

10. All objections to and disputes regarding filed Claims have been resolved. There are no Allowed Claims in Class 1 or Class 3. The Allowed Class 2 Secured Claim was paid in full under the Joint Plan prior to the entry of the Confirmation Order. A list of the Allowed Claims in Classes 4, 5, and 6 including the name and address of the holder of each Claim and the

3

amount of each Claim is attached to this motion as <u>Exhibit B</u>.

11. In accordance with the Joint Plan, the Liquidating Trustee made an initial distribution to holders of Allowed Claims in Class 5 in an amount equal to twenty-eight percent (28%) of their Allowed Claims and to holders of Allowed Claims in Classes 4 and 6 in an amount equal to thirty percent (30%) of their Allowed Claims.

12. Within the next thirty (30) days, the Liquidating Trustee intends to make an additional distribution to holders of Allowed Claims in Class 5 in an amount equal to approximately eight percent (8%) of their Allowed Claims and to holders of Allowed Claims in Classes 4 and 6 in an amount equal to approximately three percent (3%) of their Allowed Claims.

13. Additional distributions to holders of Allowed Claims may be made under the Joint Plan as funds may become available.

14. The Confirmation Order and all subsequent orders of the Court have been complied with.

15. There are no remaining unresolved claims, pending motions, or contested matters in the Chapter 11 Case.

### NOTICE

16. In accordance with M.L.B.R. 3022-1(e), the Liquidating Trustee shall serve this motion on (a) the Office of the United States Trustee, (b) the Official Committee of Unsecured Creditors and its counsel, and (c) all parties who have filed a notice of appearance and request for service in the Debtor's bankruptcy case.

WHEREFORE, based upon the foregoing, the Liquidating Trustee requests that the Court: (a) enter a final decree substantially in the form attached hereto; and (b) grant such other and further relief as the Court deems proper and just.

                        Respectfully submitted,

                        PETER ARMANETTI, Trustee of SHAMROCK
                        FINANCE LLC LIQUIDATING TRUST,
                        By his attorneys,

                        */s/ Christopher M. Condon*
                        Christopher M. Condon (BBO #652430)
                        MURPHY & KING, P.C.
                        28 State Street, Suite 3101
                        Boston, MA 02109
                        Tel: (617) 423-0400
Dated: March 1, 2024          Email: ccondon@murphyking.com

WHEREFORE, based upon the foregoing, the Liquidating Trustee requests that the Court: (a) enter a final decree substantially in the form attached hereto; and (b) grant such other and further relief as the Court deems proper and just.

                                Respectfully submitted,

                                PETER ARMANETTI, Trustee of SHAMROCK FINANCE LLC LIQUIDATING TRUST,
By his attorneys,

*/s/ Christopher M. Condon*
Christopher M. Condon (BBO #652430)
MURPHY & KING, P.C.
28 State Street, Suite 3101
Boston, MA 02109
Tel: (617) 423-0400

Dated: February 23, 2024                      Email: ccondon@murphyking.com

## VERIFICATION PURSUANT TO MLBR 3022-1(c)

I, Peter M. Armanetti, verify that I have personal knowledge as to the validity of the factual statements set forth above, and confirm that such statements are accurate to the best of my knowledge and belief.

Signed under the penalties of perjury this __23__ th day of February 2024.

                                                                    Peter M. Armanetti, Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>SHAMROCK FINANCE LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10315-JEB |

**FINAL DECREE**

This matter having come before the Court on the *Motion for Entry of Final Decree* (the "**Motion**") filed by Peter Armanetti, as Liquidating Trustee (the "**Liquidating Trustee**") of Shamrock Finance LLC (the "**Debtor**") and due cause appearing therefore, the Court finds that:

A.  The Court has jurisdiction over this case and the parties and property affected by this order pursuant to 28 U.S.C. §1334.  The Motion is a core proceeding pursuant to 28 U.S.C. §157(b).

B.  Due and sufficient notice of the Motion was provided.

C.  The *First Amended Chapter 11 Plan of Reorganization* [docket no. 446] (the "**Joint Plan**") has been substantially consummated.  The Debtor's case has been fully administered and grounds exist for the entry of a final decree pursuant to Federal Rule of Bankruptcy Procedure 3022 and MLBR 3022-1.

1

**NOW THEREFORE**, taking into consideration the foregoing findings and all of the evidence before the Court, it is hereby ordered and decreed that:

1. The Debtor's chapter 11 bankruptcy case is hereby closed.

2. This Court shall retain jurisdiction over the Debtor's chapter 11 bankruptcy case to the extent provided in the Joint Plan and the order confirming the Joint Plan.

 

                                                                                                Honorable Janet E. Bostwick
                                                                                                 United States Bankruptcy Judge

Dated: _____, 2024

2

EXHIBIT A

## Administrative Expense Payments

| Claimant | Payment Address | Amount of Payment ($) |
|---|---|---:|
| Jeffrey Sternklar - Counsel to Debtor | 101 Federal Street, Suite 1900, Boston, MA 02110 | 5,878.73 |
| Law Offices of James McNulty - Special Counsel | 40 Court Steet, Suite 1150, Boston, MA 02108 | 16,541.79 |
| Verdolino & Lowey, PC - Financial Advisor to Debtor | 124 Washington Street, Foxboro, MA 02035 | 14,863.66 |
| Mid-Market Management Group, Inc. - Chief Restructuring Officer to Debtor | 8 Cabot Road, Suite 1900, Woburn, MA 01801 | 3,433.24 |
| Riemer & Braunstein, LLP - Examiner Counsel | 100 Cambridge Street, 22nd Floor, Boston, MA 02114 | 161,480.29 |
| CohnReznick - Examiner | 1 Boston Place, Suite 510, Boston, MA 02108 | 171,854.71 |
| Murphy & King - Counsel to the Official Committee of Unsecured Creditors | 28 State Street, Suite 3101, Boston. MA 02109 | 321,651.64 |
| Murphy & King - Counsel to the Ad Hoc Committee of Creditors | 28 State Street, Suite 3101, Boston. MA 02109 | 61,134.79 |

EXHIBIT B

Allowed Claims

| Class | Claimant | Payment Address | Allowed Claim Amount ($) |
|---|---|---|---|
| 4 | Alfred Laustsen | 2 Staunton Road Groveland MA 01834 | 103,104.84 |
| 4 | Ann Gill | 8 Groveland Commons #8 Groveland MA 01834 | 6,971.22 |
| 5 | Benoit J. Brodeur | 2 John Street Peabody MA 01960 | 259,637.10 |
| 5 | Boyd Jackson | 27 Great Hill Drive Topsfield MA 01983 | 206,209.68 |
| 4 | Burke Family Trust | 10 Sapphire Avenue Marblehead MA 01945 | 206,209.68 |
| 4 | Casey Mesina | 2 Stuart Street Amesbury MA 01913 | 17,866.36 |
| 4 | Charles Maihos | 20 Garfield Avenue S. Hamilton MA 01982 | 103,104.84 |
| 5 | Christine Roman | 2 Great Hill Drive Topfield MA 01983 | 412,419.35 |
| 4 | Christine T. Karaffa | 225A Fallon Road, Apt. 218 Stoneham MA 02180 | 412,419.35 |
| 4 | Colette A. Willis | 58 Sumner Street Gloucester MA 01930 | 128,082.55 |
| 4 | David L. Sutherland | 4 Brown Field Lane Georgetown MA 01833 | 24,255.69 |
| 6 | Dealertrack | 6205-A Peachtree Dunwoody Road, 16th Floor, Atlanta, GA 30328 | 600.00 |
| 4 | Deborah Pierce | 5017 Woody Creek Lane, Carrabassett Valley, ME 04947 | 77,062.00 |
| 4 | Department of Treasury - Internal Revenue Service | 1000 Liberty Avenue, M/S 711B Pittsburgh, PA 15222-3714 | 2,308.89 |
| 4 | Derek Duguay | 21 Gates Road Middleton MA 01949 | 15,000.00 |
| 5 | Diana L. Lombard | 29 Lakeview Avenue Danvers MA 01923-0192 | 98,508.19 |
| 4 | Dianne Dedam | 5 Bonnie Drive Exeter NH 03833 | 30,919.12 |
| 4 | Dianne Yurkavich | 2 LaValley Lane Newburyport MA 01950 | 15,637.50 |
| 4 | Douglas Laustsen | PO Box 1513 Hampton NH 03843 | 51,552.42 |
| 4 | Estate of Leonard H. Kieley | 24585 Clement Avenue Los Molinos CA 96055 | 103,104.84 |
| 4 | Francis X. Green/Big Sky Realty Trust | 126 Merrimack Street, Suite 49, Newburyport, MA 01950 | 212,500.00 |
| 5 | Frank Foti | 201 Slayton Farm Road Stowe  VT 05672 | 311,564.52 |
| 4 | Gary P. Duguay | 21 Gates Road Middleton MA 01949 | 289,489.82 |
| 4 | George Watkins | 12 Hillside Avenue Amesbury MA 01913 | 74,707.34 |
| 4 | Gloria Jones | 58 Lillian Ave., Seabrook, NH 03874 | 10,385.48 |
| 4 | Gregory Bartosik | 35 Collins Street #72 Danvers MA 01923 | 103,104.84 |
| 4 | Gregory Cole | 1 Greenbrook Road Hamilton MA 01982 | 12,952.56 |
| 4 | Howard & Dorothy Klein | 78 High Street Amesbury MA 01913 | 20,820.97 |
| 4 | Irma Lampert | Estate of Irma Lampert PO Box 325 Manchester MA 01944 | 51,552.42 |
| 4 | James L. Tedford | 7 Jeffreys Neck Road Ipswich MA 01938 | 103,104.84 |
| 5 | John Diller | PO Box 126 Madison ME 04950 | 206,300.00 |
| 4 | John H. Ellis, Jr. | 178 Lowell Street Peabody MA 01960 | 2,165,822.58 |
| 5 | John M. Morin | 311 Main Street Worcester MA 01615 | 303,847.65 |
| 4 | John Reynolds | 19 Village West Carrabassett Valley ME 04947 | 154,725.00 |
| 4 | K Diamond Builders LLC | PO Box 172 Topsfield MA 01983 | 103,104.84 |
| 4 | Kathy F. Pierce | 7 Ridgeview Road Topsfield, MA 01983 | 425,000.00 |
| 4 | Kim Sutherland | 4 Brown Field Lane Georgetown MA 01833 | 24,255.69 |
| 4 | Laurie Cameron | 64 Town Farm Road Ipswich MA 01938 | 396,635.93 |
| 5 | Lawrence P. Kaplan | 22 Sequoia Drive Methuen MA 01844 | 727,097.58 |
| 6 | Leader Bank | 180 Massachusetts Ave., Arlington, MA 02474 | 53,176.46 |

| | | | |
|---|---|---|---|
| 5 | Leia Kaplan | 20 Merrill Drive Atkinson NH 03811 | 10,310.48 |
| 5 | Leonard A. Bonfanti and Mary T. Bonfanti | 20 Olsen Road Peabody MA 01960 | 103,104.84 |
| 4 | Liam Gill | 181 Beechwood Drive Northfield OH 44067 | 62,172.79 |
| 4 | Mark & Elizabeth Joyce | 500 Atlantic Ave., Unit 15L, Boston, MA 02110 | 200,580.65 |
| 4 | Mark Harrington | 32 Wayside Avenue Byfield MA 01922 | 21,100.00 |
| 5 | Maureen J. Brodeur | 2 John Street Peabody MA 01960 | 263,387.10 |
| 4 | Pacific Premier Trust FBO Dianne J. Dedham IRA | Pacific Premier Trust fbo Dianne J Dedham 5 Bonnie Drive Exeter NH 03833 | 134,236.51 |
| 5 | Pacific Premier Trust FBO Kathleen Kaplan | 22 Sequoia Drive Methuen MA 01844 | 125,443.55 |
| 4 | Pacific Premier Trust FBO Sonja P. Murphy IRA | Pacific Premier Trust fbo Sonja P Murphy 338 Berry Street North Andover MA 01845 | 58,863.45 |
| 5 | Paul A. Taylor | 7 Captains Walk Lane Marblehead MA 01945 | 206,209.68 |
| 4 | Pensco Trust Company FBO Christopher Knowles IRA | Pacific Premier Trust Processing Center fbo Christopher Knowles 5 Mountain Laurel Rd Ayer MA 01432 | 63,740.68 |
| 4 | Pensco Trust Company FBO Colette A. Willis IRA | Pensco Trust Company fbo Colette Willis 8 Central Street Topsfield MA 01983 | 274,813.58 |
| 4 | Pensco Trust Company FBO Edward K. Jones IRA | 55 Hilton Avenue, Exeter NH 03833 | 151,855.53 |
| 4 | Pensco Trust Company FBO Emily Lampert IRA | Pensco Trust Company fbo Emily Lampert Topsfield MA 01983 | 162,543.19 |
| 5 | Pensco Trust Company FBO Lawrence Kaplan | 22 Sequoia Drive Methuen MA 01844 | 119,347.61 |
| 4 | Pensco Trust Company FBO Terri L. Hawthorne IRA | Pensco Trust Company fbo Terri L Hawthorne 97 Baldwin Road Warwick RI 02886 | 151,527.78 |
| 4 | Philip G. Knowles | 21 English Commons Topsfield MA 01983 | 180,512.46 |
| 4 | Rina Sutherland | 4 Brown Field Lane Georgetown MA 01833 | 6,063.93 |
| 4 | Robert W. Skeffington | 82 North Street Topsfield MA 01983 | 207,570.36 |
| 4 | Rolanda Lee Sturtevant | 21 Central Street Manchester MA 01944 | 803,580.15 |
| 5 | Ronald J. Pascucci | 25 Commonwealth Avenue Salisbury MA 01952 | 206,300.00 |
| 5 | Ronald P. Giovannacci | 32 Gail Street Topsfield MA 01983 | 103,104.84 |
| 4 | Roy Hayward | 116 Caldwell Farms Newbury MA 01922 | 210,709.60 |
| 5 | Rupert & Gail Annis | 11002 Barnsley Drive Venice, Florida 34293 | 748,786.50 |
| 4 | Ruth Harris | 76 High Steet, Amesbury MA 01913 | 100,318.19 |
| 5 | Sheila Burke | 33 Intrepid Circle, Unit 107 Marblehead MA 01945 | 195,889.19 |
| 6 | Source One Financial Corporation | 150 Grossman Drive, 4th Floor, Braintree, MA 02184 | 37,275.00 |
| 4 | Steven A. Harris | 5 Essex Street, Amesbury MA 01913 | 68,285.60 |
| 4 | Steven Bartosik | 424 Two Lakes Ln Eustis FL 32726 | 72,173.39 |
| 4 | Susan Lindh | 2 Staunton Road Groveland MA 01834 | 25,776.21 |
| 4 | Terri L. Hawthorne | 97 Baldwin Road Warwick RI 02886 | 72,583.16 |
| 5 | Theresa M. Follett | 419 I Normandy Lane Delray Beach FL 33484 | 51,552.42 |
| 5 | Thomas Bettencourt | 101 Lake Street Peabody MA 01960 | 211,012.54 |
| 4 | Todd M. Pierce | Pacific Premiere Trust fbo Todd M. Pierce PO Box 981761 Park City UT 84098-9998 | 310,000.00 |
| 5 | Walsh Construction Company, Inc. | 11002 Barnsley Drive Venice, Florida 34293 | 305,731.22 |
| 5 | William F. Downey | 33 Intrepid Circle, Apartment 107 Marblehead MA 01945 | 206,209.68 |
| 5 | William F. O'Connor | 16 South Main Street Topsfield MA 01983 | 257,762.10 |
| 5 | William J. Savoie | 12471 Oak Bend Drive Fort Meyers FL 33905 | 318,560.04 |