

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Shamrock Finance LLC | Ch. 11 |
|---|---|---|
| | Debtor | 21-10315-JEB |

### Order

**MATTER:**

#771 Motion filed by Other Professional Peter M. Armanetti for Final Decree
#778 Supplement to Motion for Final Decree

Having reviewed the Motion and the Supplement, no objections having been filed and good cause being shown, the Motion is granted. The Liquidating Trustee shall file all monthly operating reports and pay any fees due to the United States Trustee through the date of this Order. The Court will enter the final decree by separate order.

Dated: 03/29/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge