# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Massachusetts

In re: Shanrock Finance, LLC § Case No. 21-10315
§ Lead Case No. 21-10315
Debtor(s) § ☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/29/2024     Petition Date: 03/12/2021

Plan Confirmed Date: 09/19/2022     Plan Effective Date: 10/04/2022

This Post-confirmation Report relates to:  ○ Reorganized Debtor
⦿ Other Authorized Party or Entity: Liquidating Trustee
Name of Authorized Party or Entity

Peter M. Armanetti                              Peter M. Armanetti
Signature of Responsible Party                  Printed Name of Responsible Party

04/03/2024
Date

                                               99 Summer Street, Ste 520, Boston, MA 02110
                                               Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Shanrock Finance, LLC        Case No. 21-10315

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $310,166 | $5,947,037 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $310,166 | $5,947,037 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Shanrock Finance, LLC                                                                                      Case No. 21-10315

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Shanrock Finance, LLC                                                                                      Case No.  21-10315

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $86,638 | $1,489,588 | $86,638 | $1,489,587 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Reimer & Braunstein LLP | Local Counsel | $0 | $161,480 | $0 | $161,480 |
| | ii | CohnReznick LLP | Financial Professional | $0 | $171,855 | $0 | $171,855 |
| | iii | Navera Group LLC | Financial Professional | $21,188 | $128,342 | $21,188 | $128,342 |
| | iv | Murphy & King | Lead Counsel | $59,042 | $837,538 | $59,042 | $837,538 |
| | v | Law Office of Loretta Kenna | Local Counsel | $0 | $88,351 | $0 | $88,351 |
| | vi | Donnelly, Conroy and Gelhaar | Local Counsel | $0 | $3,055 | $0 | $3,055 |

Debtor's Name Shanrock Finance, LLC                                              Case No. 21-10315

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | vii | Law Office of James McNulty | Local Counsel | $6,409 | $67,170 | $6,409 | $67,170 |
|  | viii | Jeffrey Sternklar | Local Counsel | $0 | $5,879 | $0 | $5,879 |
|  | ix | Verdolino & Lowery PC | Financial Professional | $0 | $14,864 | $0 | $14,864 |
|  | x | MidMarket Management Grp | Financial Professional | $0 | $11,053 | $0 | $11,053 |
|  | xi |  |  |  |  |  |  |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxvii |  |  |  |  |  |  |
|  | xxxix |  |  |  |  |  |  |
|  | xl |  |  |  |  |  |  |
|  | xli |  |  |  |  |  |  |
|  | xlii |  |  |  |  |  |  |
|  | xliii |  |  |  |  |  |  |
|  | xliv |  |  |  |  |  |  |
|  | xlv |  |  |  |  |  |  |
|  | xlvi |  |  |  |  |  |  |
|  | xlvii |  |  |  |  |  |  |
|  | xlviii |  |  |  |  |  |  |

Debtor's Name Shanrock Finance, LLC                                    Case No. 21-10315

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

Debtor's Name Shanrock Finance, LLC                                     Case No. 21-10315

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $5,000,000 | $221,193 | $4,355,036 | $14,834,116 | 29% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?  Yes ●  No ○
  If yes, give date Final Decree was entered: 03/29/2024
  If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

UST Form 11-PCR (12/01/2021)                                     7

Debtor's Name Shanrock Finance, LLC                                                                                    Case No. 21-10315

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| Peter M. Armanetti | Peter M. Armanetti |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 04/03/2024 |
| Title | Date |

Debtor's Name Shanrock Finance, LLC                                    Case No. 21-10315


Page 1


Other Page 1


Page 2 Minus Tables

Debtor's Name Shanrock Finance, LLC                                    Case No. 21-10315


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                        9

Debtor's Name Shanrock Finance, LLC  Case No. 21-10315


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)  10